From: Sergio M. Zambrano # 21536949
777 Stanton Blvd.
Ontario, OR 97914

(1)

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
AUG 14 2026
FILED
DOCKETED
DATE
INITIAL

IN THE COURT OF APPEALS for the 9th District

| | |
|---|---|
| Sergio M. Zambrano, | Case 26 CA 1511 |
| Appellant | 26-1511 |
| v. | Request for Injunction and Restraining |
| ODOC, et. al. | Order, to stop ~~the~~ Campaign of |
| Appelles | Harassment |

Here Comes imprisoned prose appellant Sergio M. Zambrano requesting this Court to order SRCI staff to stop the harassment for my constitutionally-protected activities, including speech, petition, and other still-standing rights, and to:

1) Return the stolen legal notes taken seized 5-31-26 or provide the video record for me to track the responsible ones

2) staff currently avoiding returning my kytes or returning them unaddressed or misdirecting to sign/date them, respond what I asked, or be deposed including but not limited to (Lt. Cannon, Of. DeLaCroy, Of. Vargas, Of. Arnold, Grievance Coordinator Main, Law Library Coordinator Rops and Gilbertson, Assist. Sup. Cleaver, Nurse Duncan, Nurse Purdy, Investigator Rawley, Assignments Officer Shultz, Of. Baumer, Property Sergeant, Investigations SIU, Dentist Hinton, Of. Shepherd (Property), Partia Villers, (witnesses of cardboard tablets NOT taken b/c had no notes on them: Of. Ramseyer and Of. Gross)

(Some are not mentioned in this Injunction, but the general harassment is obviously to DETER me from other indifferences/abuses from being expossed/admitted)

3) to revert the machinated take of job/housing and false records of disrespect, but to ensure they don't repeat, to house me in the Complex 1 where torpedoes, mean staff harassing AICs to "avenge" their abusive coworkers being reported/expossed, and other attackers/abusive AICs and Staff are NOT present to stage the usual attacks done to litigious AICs as freely done in Complex 2 and 3. (After seeing other AICs only waiting one-three weeks to be transfered to the morning shift of

food servers, it's obvious I'm not being "re-hired" after two months due to the false entries/flags in the system to keep me from getting jobs after the setup/fabricated charges (90% dismissed) of 5-31-26 (in Disciplinary Report attached and six pages of hearing transcripts/rebuttals and Request for Review also attached))

2.a) No "BS", "code of silence"/coverups in their written or verbal responses – "BS" properly described yet too long to repeat here under ORS 423.425 (1) – honestly (Required by ODOC Policy 20.1.02) and base on facts, not blind orders or hearsay (20.1.01 and 02) and pleading the 5th properly if necessary to make good on their SWORN duty to be honest – yet providing the name and circumstances of the superior ordering/instructing them to act as they do b/c their right against self-incrimination doesn't extend to cover up for superiors (i.e. NOT "self").

4) No un-chaperoned conversations; If an AIC of my choice is not provided, there can't be present just subordinates or superiors, only staff/employees out of the chain of command of the talker; neither just the ones in the list above (now co-conspirators). see top of page 3, i(4.a)

5) "No Retaliation" Order for every witness around/present during Law library sessions involved, including no job termination/change (unless asked by them), no housing moves unless asked, no library time/privileges changed/diverting from previous 10 months, at least for AICs Mavich, Moos, Modine, Chadin, and any other I mention in the future. This is to show potential witnesses their privileges won't be taken for testifying what we all see daily done/denied to others. (More in page 3)

1.a) Small-size (at least 512 X 662 px) "thumbnails" of images uploaded/e-mailed/transferred/scanned/stored in/through the file servers/routers or burned in CD/DVD or saved in RMDs (AKA "memory sticks") from 5-31-26 until 7-25-26 (one day after Of. Arnold confirmed knowing about my stolen legal property through his threat of 7-24-26); small enough to preserve my confidentiality but with enough

[4.2) nor working any together/close, nor family members, unless under camera on, with audio, or any other arrangement that has worked in the past for the AIC.

(3)

pixels for me to recognize my notes even without being able to actually READ the text. (Existing or easy-to-install scripts in file-servers allow this crawl-and-resize-and-copy all images in one-line command to get them collected in minutes). - This search should include the servers where law-library copies of copies are stored, e-mail servers, FTP servers/services, clouds.

All these PRESERVED if not produced, for future litigation, as well as video in (1) above.

6) Entries under "Remarks" (I believe "Inmate Remarks") in the 400 System.

7) Any email, internal memo, instant-message with any of my identifiers in them (SID#, fullname, LastName, FirstName, court case #'s (2:22 CV 00443, 21 CV 12699, 26 CA 1511, 16 CR 04510)

5.b) When I say "witnesses" I'm not just referring to testify "in Court" but also to get my grievances even accepted (one of the ABUSES of Grievance Coordinators is to blame our grievance's "uncompliance" for its denial, despite rules do NOT require such "demonstration", as per Judge in Bond v. Oregon [2017 WL 3184186], and one of the never-disclosed reasons they slap that excuse in our receipt/notice is obviously meaning "you can't prove it". An affidavit from a witness will pass this mis-screening, even if there's a hundred other ways they have made-up excuses/"findings" to deny perfectly-acceptable grievances in the past.

SUMMARY OF RELATED Oppressive "Discipline".

All these happened right after I invoked/mentioned a Constitutional Right (staff issue conduct orders with fabricated reasons to prevent our grieving it, as per grievance rules). These were all brough up in my 1983 and injunctions "updates".

- Of. Arvidson: Right to shelter (clothes): Said my exposing his [failure to provide my clothes two months± after intake] meant disrespect. Warning entered in the system SICENTRY but used by others to retaliate/avenge him.
- W. King: "I'll move your *ss to the West side (they did) if you keep harassing me (I re-asked him to respond who took me off the list for Honor Housing, which he refused to respond in writing).
- P. Villers: "You don't have a Right to Speech in here", me: "I'd like to see the rule on that": two Contraband charges with false reasons (one proved false at hearing but hearings Officer still "believed" Villers). I had just reported Villers of STEALING my 1983 prints (Servers/Print-Servers/Printers/Router were RAIDED 2 days after weekend I asked logs preserved from).
- Of. Deel: Right to warmth. Wrote me up for saying F***ing, witnesses NOT questioned I said "Freezing Door" (winter)
- Z. Emory: Right to Warmth: terminated my job (Deel admitted she ordered the unusual harassing job change) but didn't sign it. She was NOT my direct supervisor (didn't know me or my work ethic) so scapegoated Ms. Clark who did NOT sign affidavit or responded Kytes (hearsay) nor knew me.
  Of. Deel apologized for the sexual harassment I was victim of as a result of this orquestrated termination + housing move "to the West side", and admitted, without my leading him, the termination "was retaliation".
- Of. Messenger: Right to warmth + Right to speech (the last I mentioned it to another AIC AFTER I obeyed his "directive", which triggered his "give me your ID"). Forced me to wear a sweatshirt in 100+ F° day under the sun wait. Next day he started as Assignments officer, so this was his early start gatekeeping Honor Housing Requests (to those who don't grieve/sue ODOC).

- Multiple staff: In Communication forms (Kytes), accused/warned me of disrespect (obviously to DETER me from re-asking what they were evading (42 USC § 1986)) (Deterrance is 8th Amendment violation WITHOUT injury required). None ever responded WHICH words of mine amounted to disrespect.
  Lt. Cannon claimed the disrespect was my "telling him what to do" in my requesting him "Please discipline Staff for violating such and such ORS/Policy, as you all sworn to protect me from other staff...". (my not-begging or not-diplomatic is NOT disrespect = intimidation/deterrance.) He ALSO returned my Kyte unsigned undated in hand, supporting the extra "no proof, no paper trail, no copies" M.O. These and more were filed under category IX or later updates/in junctions.

NEW ATTEMPTS on my LEGAL PROPERTY/services

On 5-31-26, four hours after granting my incentive move (someone realized I should NOT get good jobs, preferred housing), LT. Cannon finally fabricated the DR he was attempting for weeks (see attached timeline and pages titled "From Neglected food Separation to harassment to Conceal it")

During the unreasonable and unusual segregation (90% of the charges used to justify it were dismissed) my property was seized, "legal papers tossed", legal notes STOLEN, and I still can't find the contents of the above-summarized "Harassment" folder. See SIX pages with details (not yet organized due to my brain foggy - the anger a big factor - and due to the fear to it "disappearing" too), and attached review sent to the IG.

On 7-16-26 Law Library Coordinator started a multi step fabrication of record of disrespect. The second step, on 7-22-26 invoking the 7-16's but NOT

clarifying which words of mine amounted to the disrespect. (witnesses will say there was none) ~~[illegible]~~ See transcript of our interactions and grievance attached here and filed on 7-24-26 (this filing also retaliated below).

Officers not present stopped me in the Halls to avenge the believably defenseless and nice Ms. Gilbertson, one claiming "disrupting", not disrespecting (meaning = false conduct report) another just ~~[illegible]~~ telling me "how disrespectful", the third "You'd better chill" (Of. Keitz, which I didn't get ~~[illegible]~~ when he called me but another AIC clarified it to me). See details in attached ~~[illegible]~~ Amendment to injunction to print/Photocopy... including latter attempts to make me "argue", and USD case 2:22 cv 00443 for Harassment Pattern Campaign; under Category IX.

Because of these daily actions and NO ODOC employee willing to make good on their Sworn duty to protect me from their co-workers' abuse (everybody refuses to respond in writing or refer me to those who already said no or ~~[illegible]~~ conclude "they follow the rules" even when judges already opined those actions are "inconsistent with and unsupported by applicable regulations" - or just repeat the fabricated record.) the relief above is necessary to protect my person, present and future litigations in Court, and my legal property: without it and the increasing deterrence, my unusual relentlessness will also wind out (a person of ordinary firmness (many already adviced me to ~~kiss ass~~ quit and take the abuse as they do) would have ALREADY quit trying to get prison staff obey all the rules/laws/Policies/Statutes/caselaw/Rights/etc.

I request a phone evidenciary hearing to discuss other potential proof of patterns (hundreds)?

I certify the statements in these pages and attachments are true to the extent of my knowledge, and that Defendants will be notified of these filings ASAP.

[signature]

8-5-26

Sergio M. Zamborano

From: Sergio M. Zambrano # 21536949

1) LT. CANNON'S retaliation 5-31-26 (After I reported him 5-29-26)

Written in the HOLE (spoken on the Hearing's RECORD)

Numbers from the mis-conduct Report.

1) Not true, and he refused to clarify

1.a) He initially said "not to go back and forth", which is impossible given HIS OWN previous order "not to go in there with the folder" (folder from Law Library cell out ending 3:45.)

1.b) When I asked clarification / bargaining he barked intimidation sending the subliminal message "I don't want to talk about it, don't ever ask me anything."

1.c) On 5-31-26 he repeated one of his complaints proving the confusion: He said he didn't want me to "take the tray back", this is AMBIGUOUS: back to where? back from where?

2) Lie. I showed him on this day the contents of the "trays" and none had the same items. He refused to look at them

2.b) you'll find NO repeated items in any of my "tray runs". As I said to him and every other staff, I have to eat some things separately to prevent another infection like last Nov 2024 approx (Dr. Peterson gave me 2 months of antibiotics and I lost hearing in right ear)

3) I did not say I was given permission by the "food" coordinator". I don't even think there's such a thing. I know a "Kitchen Coordinator" and a Dining Room Coordinator (you might call him Dining Room officer?).

I definitely used the words "dining room"

3) a) I didn't realize I was being asked who gave me permission TODAY to take the food to my cell. My response was about who authorized it as a CUS HOM. Either way the officer this day said OK when I told him "I'm taking the tray to my cell and be right back" (or so). He could have said no but he OK'd me.

4) Cannon's statement "who gave him permission with the food service coordinator" lack of sense indicates he injected this part, "with the food ser..." into the original text to make it more believable, supporting my version that he did NOT specify who did/should give the permission. My response (underlined in point 3) then, did NOT contradict or evade or lie to his question (see #(3.a))

5) I either DID tell Cannon about my food-mixing medical risk before, when he

T (2)

Written in the HOLE (spoken on the hearings RECORD)

complained about my going back and forth: the VERY reason I asked, and was granted, permission by the dining room-~~coordinators~~/officers to get my tray while carrying my legal folder WAS because I run out of time to get my TRAY. (Lt. Cannon might be confusing his early kindling when I worked the LUNCH shift, and I was leaving the library during 9:45 line movement to get my tray as the rest, running to my cell and back to the library until 10:45, and then back to work.) or I told him later in one of the times he or his staff asked me why I was going "up and down". EVERY staff that asked me, and some that didn't, I explained them about the Candida Albicans (yeast infection) - and related - risks and solutions (from "the right medical authority", as EOCI doctor said) of mixing / separating foods. The only reason he, Cannon, doesn't know is either because he did NOT let me speak, or did not care enough to remember.

6) I do not take food that wasn't served to me in the line by the kitchen coordinator: it has also been served to other 30+ workers.
The VERY reason I brought the food tray BACK from the unit (before the arrangement in point 7 below) was to make CLEAR, even in surveillance video, that the food I'd be eating was THE SAME than I took, BUT just brought BACK.

7) Due to Lt. Cannon's barked orders DISMISSING my requests for clarification or bargaining, the 5-day dayroom officer took it on himself to find out what the problem was with the tray or me going back/forth (see demands' actual words in point 1). His conclusion findings were "is there any way you DON'T bring the tray back from your unit? because the chiefs were freaking out b/c of THAT. I told him next day that I could leave the tray in my cell and he said OK. I didn't know this arrangement had NOT pass through the LT.
I was not only authorized as a custom but also I let every officer know that I was doing it, to make sure they don't close the door too early.

8) NONE of admitted-by-doctors risks and solutions were entered in the system. Oct/Nov 2024 I was given 2 rounds of antibiotics after lab tests CONFIRmed the EAR INFECTION that lost me half hearing of right ear. The doctor said that the info I was WARNING THEM for years was correct, and the bibliography I quoted

3) Evidence: Hearings officer could have confirmed, from his own experience, how "not eating the whole meal" or "saving food" has NOT been enforced for YEARS; and (NOT as a fall-back charge used make another fabricated charge stick)

1) Since tumblers and canteen bowls, both with tight lids, "saving foods" is NOT a "pests" risk.

ASK AI: Do Ants and Mice/Roaches INSIST visiting the same places when they can smell, but not reach, food?

or: Do tight but not "air tight" containers STILL invite pests?

2) "Extra fruit" provided by medical and other "extra food" were allowed b/c they are not a significant risk of [pests], as it does NOT either my holding them in bowls/tumblers or wherever those exceptions AICs kept their fruits.

1) It's COMMON KNOWLEDGE small beings need to eat more often, have a smaller stomach, have a higher risk of temperature changes (high/low: e.g. pets/babies in hot cars or exposed to the elements). It should NOT require a "Medical" order to accommodate for these obvious physical differences.

3) Keeping fruit, peanut butter and turkey sandwich in my cell is by "medical" reasons NOT different than keeping the same (or better-stored: e.g. airtight bowl, closed bag of chips) foods for OBVIOUS physical differences. In fact: Medical "sack lunches" in a paper bag are easier smell-able than in-tumbler/in-bowl saved food. (the shrink-wrapped foods STILL smell b/c the packer's hands left their imprint on the outside: you can still smell what fruit and meat there is in the bag)

2) It's cruel to make me eat more than my stomach can fit. Pure math show a stomach "half the size" of average people only fits 1/8 the VOLUME! $2\times2\times2=8$   $4\times4\times4=64$ two is half four, yet 8 is 1/8 of 64. My liver CAN'T process 8, nor even 2, times my tolerance, even if stretching my stomach, without stretching itself and worsening my HEMORROIDS by the PRESSURE they'd create in my gut (previously CURED ONLY b/c my belly-reducting diet; hemorroids is otherwise NOT curable)

1) The "disobedience", NOT confirmed by Of. Vargas, should have been dismissed since the only thing he "confirmed" with Reyes was that she never allowed me to take food to my unit, ONLY supporting the "false information" charge, NOT the warning by Cannon. (Reyes NOT in charge of line Movements on da

# OREGON DEPARTMENT OF CORRECTIONS
## MISCONDUCT REPORT

CASE #

Name: Zambrano, Serio (Last First, MI) SID# 21536949 Housing: 3F21B Assignment:

ODOC Facility: SRCI Location of Violation: Complex 3 Date: 5/31/2026 Time: 4:00 pm

Charge(s) SELECT THE APPROPRIATE RULES(S)

| Rule# Title of Rule | Rule# Title of Rule |
|---|---|
| 2.10 Disrespect I (Major) | 4.40 Unauthorized Area I (Major) |
| 3.01 False Info. to Employee I (Major) | 1.11 Contraband II (Major) |
| 4.01 Disobedience of an Order I (Major) | Select One |

Description of Violation (Explain how you discovered/learned the facts and who, what when, where, and how. Use continuation sheet if needed.):

May 31, 2026, at approximately 3:45 pm AIC Zambrano took a tray of food to his cell and returned to work at the Complex 3 satellite kitchen. AIC Zambrano was given a directive three weeks earlier by Lieutenant H. Cannon not to take his food tray to his cell and return to work. AIC Zambrano takes his food tray to his cell and returns to the Complex 3 satellite kitchen and eats another meal. AIC was confronted about taking his meal tray to his cell and then returning to work where he has been observed daily eating in the dining hall during 4:15 pm count. AIC Zambrano stated he had been given permission by the food coordinator to take his tray back to his assigned cell. The food coordinator stated she did not give him permission to leave Complex 3 dinning to go to his cell with his meal. AIC Zambrano was asked who gave him permission with the food service coordinator and the Complex 3 kitchen officer present and he said it was a different officer that isn't working today. AIC Zambrano was given another directive that he is not to take his tray back to his unit, if he is staying through count to work. AIC Zambrano began arguing with me, said it is because of medical needs and he has to eat his food separately. This was never mentioned before this conversation. AIC Zambrano's medical history was checked and no dietary medical need was found; AIC Zambrano left the Complex 3 kitchen without permission taking advantage of an officer that normally does not work that post. AIC directly disobeyed an order for his own convenience and to acquire more food that he is not allowed to have.

where's his testimony?

Disposition of Physical Evidence: Placed in hearing folder

Staff Witnesses: Officer H. Smith

Immediate Action Taken: Placed in Special Housing

Submitted by: H. Cannon [signature] (Printed Name and Signature) Lieutenant (Title) Time: 5:15 pm Date: 5/31/2026

Reviewing Supervisor: B. Keller [signature] (Printed Name and Signature) Lieutenant (Title) Time: 354pm Date: 5/31/2026

************************PLACED IN HOLDING STATUS************************

As Officer-in-Charge, I have reviewed the foregoing Misconduct Report and find that the rule violation(s) is/are of such a serious nature that the good order and security of the facility require immediate removal of the AIC and placement in segregation status. Experience has shown that Adults in Custody found in areas other than they are assigned or authorized may be conspiring to engage in prohibited conduct, therefore, becoming a threat to the safety and security of the institution.

Placed in Segregation by: H. Cannon [signature] (Printed Name and Signature) Lieutenant (Title) Time: 4:55 pm Date: 5/31/2026

Prehearing Segregation Approved: ☐ Denied: ☐ Release Ordered: (Signature, Title, Time/Date)

Copy Delivered by: W Blevins C/O 7:30pm 5/31/26 (Printed Name and Signature, Title, Time/Date)

CD 283D(05/2024)



CONTINUED

Dinning Room of: ~~Reyes~~ Vargas    Hearings Of: ~~O'Decreio~~ DeCoria

T. 4)

10.d) His claim that I "began arguing" him supports my claims of his intimidating dismissive Tone intended to silence me (Deterrance alone amounts to 8th Amendment USC violation even without chastisement): My medical needs repeated every time I'm asked WHY I separate the food CAN'T possibly amount to "arguing", let alone to "disrespect".

13) Any question to officers not specifying any of the above addressed misdirections/lies/misrepresentations or any response so evading them, should be dismissed as obvious FEAR to their superiors, for example: "I authorized Zambrano to do it" should specify/define what "it" means.

changes made after spoken in the record b/c I found out the officer in charge of the door who authorize me weekly was VARGAS, not Reyes as Hearing officer made me believe to "believe" Reyes irrelevant affidavit. This is true, b/c Reyes was NOT in charge of the door. Reyes is Kitchen/Food Coo

Reyes → 14) Reyes' that he "didn't authorize me" to take food to my cell does NOT support that Lt. Cannon told me not to. Lt. Cannon's ambiguous/vague/capricious/unequal "order" still has no witnesses to call it "preponderance". (there's no affidavit from VARGAS)

15) Vargas permission can be verified in the MULTIPLE times he allowed me to do so. IN CAMERA

16) Orders must be valid and legitimate: the UNEQUALITY of MULTIPLE ACs taking their tray to their cell and other inequalities/targetting makes his "order", even if he said it as he claims, illegitimate/invalid. For example:

16.a) NOBODY (except targetted for illegitimate reasons) is disciplined for "keeping food in their cells", or for 16.e) Phys. Diff./Med. Need TRUMPS the "OK for most" "food brings rodents" R.

16.b) taking the tray to their cells (for workers serving the food, who CAN'T possibly attend the chow line.) 13.f.) tumblers/airtight bowls DEPRECATE "food saving" threat to risks.

16.c) Unnecessary rigor, matters of pure convenience without real or actual security, or based on unsupported/unrecorded risks, etc. also make "orders" illegitimate.

16.d) A mandatory procedure to EAT in there is not legitimate if intended to HIDE "extra food". The officially "mandatory to eat IN THERE" food is the monthly pastry for kitchen workers, to prevent their selling them, and barely makes sense b/c they are NOT available to others (high black market value). Any regular food is UNNECESSARILY forced to be eaten in the kitchen, since there's PLENTY of time to be eaten in our cells.

17) Lt Cannon's MULTIPLE fabricated charges should count on my favor to suspect his alleged clear order: He COULD have checked the cameras and see the DAILY authorization, the food NEVER being "extra", ~~my EVERY move~~

T 3

was "the right authority" (Candida Albicans: Prevention, Diagnosis and treatment", or so).

Doctors ADMITTED (even PRESCRIBED "extra fruit") to other AICs, like AIC Joey CAVALLARO) the cause (one of them) of diverticulitis is the fruit eaten with the meal and must be eaten separately, but REFUSE to put it in my tray. The negligence goes to such extreme that Mr. CAVALLARO was NOT even told he must eat the fruit SEPARATE from the meal, ENSURING rather than preventing the condition. Other reasons being poor chewing, liquid drink with meals, etc.

10) Other signs of Cannon's INTENT to misdirect are:

10.a) He calls the tray I took to my cell "his" tray, to make ANY tray, even if having just a banana in it, an "extra tray", i.e. "extra food".

10.b) His statement "has been observed daily eating in the dining hall" is irrelevant if none of the items I ate in the dining room are duplicated. In other words: I NEVER took 1/4 tray worth of food but LESS than that, e.g. 1/5, 1/6, etc.
Whoever "observed" me just saw me eating the other 3/4, etc.

10.c) "two trays", as in "two plastic food containers" do NOT amount to "extra food". If I carried e.g. banana and chips to my cell in a tray, I did NOT to carry them in my pockets, like many diners do and are NOT harassed for it.

11) I was arrested AT the dining room, so it CAN'T have been "out of area". No information given was false.
Disobedience doesn't hold where directions are vague, capricious, ambiguous. (see point 1). During line movement I'm authorized to BOTH areas, and EVERY officer was notified.

12) Lt Cannon's harassment is motivated by my reporting his recent refusal to protect me from other staff (He did NOT return my kyte and in-person refusal contained the implied threat of any "response" starting with "this's gonna be a one-sided conversation" and "I don't like to be given orders.") which will be easily proven when he fails again after this on-the-record mention. I provided Ms. Mann's against-the-rules actions and the COURT case that identified the "DECEPTION" and "inconsistency with and unsupportedness with applicable rules" (Bond v. Oregon, D. Or. 2018)

(6)

Cont'd from back of DR form.

Orders AND rules "supporting" them must be valid, reasonable:

25 ~~b~~) Rule blaming "pests" risk on the "not eating all the food at once" is unreasonable b/c:

a) Open packs/bags of CANTEEN food are NOT different than uneaten cookies from the kitchen/chow line.

26 ~~c~~) I could/wanted to back up these notes in paper, as I did with my old "notebook" back when ~~___~~ Villers wasn't promoted to CC mgr. and they WERE making copies NOT going to the Court right away (they, asked by local Courts, WANT us NOT to have any option than sending our ORIGINALS to the Court, so they can "disappear" or ~~___~~ ~~___~~ NOT lent to other plaintiffs if the case is settled), in case ~~___~~ one or the other is stolen, but they wouldn't copy them ~~___~~ with the new custom (rules didn't change), so my now having no safety copy ~~___~~ or secured away from the writing tablets is THEIR fault ~~___~~ too.

20 ~~d~~) Cont'd: On 6-5-26 two officers ~~___~~ under the supervision and training of Cannon, admit I can save food from one meal to the next INCLUDING Dinner to Breakfast. (Barnes and shift change guy)
Kyle from TLOC (attached) indicate Capt. King said I can save fruit.

27) Lt Cannon KNOWS the difference between "Disobedience I" and II. A record search of his previous discipline to others (~~without~~ NOT suing ODO or without multiple obviously-exaggerated/made-up charges) will show he charged them right, and many reverted charges by the hearings office that should have taught him the difference if he really cared about the rules.
If I understand the difference between "overtly disobeying" in 4.0 and the disobedience under 4.02 with my language barrier, he can too, thus it's unbelievably that LT. Cannon did not want to cause me unnecessary distress with the loss of housing unit, cellie (incentive move), job, law library call outs, etc. (given the current custom, all done EVEN if the charges are dismissed = shows ODOD supporting their oppressive tactics).

[signature] 8-5-26
Sergio M. Zambrano

F (1)

FROM NEGECTED FOOD SEPARATION TO HARASSMENT TO CONCEAL IT
(Most spoken in hearing held 6-2-26 at SRCI)

The medical publication "Candida Albicans: Diagnosis Treatment and Prevention" (Authors names never returned by Health Svcs.) clearly describes multiple scientific/chemistry FACTS through which MULTIPE conditions are caused, and commonly MISSED by doctors, when mixing the wrong type of foods. In 2025 I learned I suffered MANY of these and repeated doctors at EOCI ignored my request to test my YEARLY ear infection.
By the time they did test ("swab") my 4th (or so) infection I'd lost 40-50% of hearing in my right ear.
Even though Dr. Peterson said that publication was "the right authority on the subject her nurse said "burn that book" and they never did anything to prevent the next conditions, OBVIOUSLY b/c that'd expose DAILY negligence on every AIC.
The clearest proof of INTENTIONAL indifference (cruelty) on this matter is ODOC DOES provide extra fruit to AICs with DIVERTICULITIS (eg. AIC CAVALLARO ), showing how KNOWN the food-mixing risk is, except those AICs are NOT told why they are getting the extra fruit: Eating sugars with starches (and other mixes) brews the yeast that directly or indirectly (eg. feeding other kinds or bacteria) that CAUSES the diverticuli (and other aggravants like chewing poorly, carrying undigesting food to the lower intestine where should be NO sugars/nutrients that feed bacteria that should NOT be there); the extra fruit intended to be eaten LATER. So they are PROMOTING his future worsening needing serious surgery).

After observing this "diet" (avoiding bad mixes) DOES the advertised benefits, I had to ask permission to the officers in charge of the dining room, where I worked serving food, to let me take SOME food to my cell during the 15 minutes the "line movement" lasts, to be able to eat it later; not different than every other AIC taking the tray to their cell - especially b/c given 6-11 minutes to eat OFTEN -

(2)

and not different than OTHER dining workers who ALSO eat in their cell. (My specific shift is made to eat AT the dining room, as it was designed for except COVID emergency measures were never lifted due to the CONVENIENCY of less chances for fights the officials are neglecting to prevent (e.g. through never-done interviews to properly classify AICs).
After explaining the above negligence/reluctance to record/admit anything by ODOC doctors, Officers at the dood allowed me to do the trip to my unit and come back to eat what I can at work.

Lt. Cannon COULD have learned any of this if he wasn't the type enjoying AICs submitting to his barked orders WITHOUT having to listen to their problems, good reasons, risks, concerns. I explained the above to everyone that cares and attempted it on others without knowing they cared, so it's only HIS fault if he "didn't know". In one of our meetings (99% of my Kytes to Security are NOT responded by returned by hand to leave no trace of them being made aware of anything: matches interviews never done to avoid proper classification that would require actual work, more than the current throwing an AIC in the first open bunk they find) he started the conversation with "This will be a one-sided conversation", when responded to my request to fulfill his sworn duty to protect me from indignantly blatant abuse from other staff (he refused).

By the time Lt. Cannon heard about my attempts to care by my health as Health Svcs. wouldn't, he was ALREADY kindled by my going back and forth through the halls because of ~~his~~ his own orders: He ~~refused~~ stopped the officers in charge already authorizing me to get my tray of food while carrying my legal folder, which saved me the ~~double~~ trip to my cell to drop the folder and come back for the tray, forcing me to do

(3)

the double trip he later harassed me for. Back then I was working a shift that required me to interrupt my law library session, seemingly on-purpose given EVERY TIME for the very shift that overlapped the 9:45 am food-tray pickup. Eventually I changed my shift, so I no longer required to interrupt the Law Library session, to the diner shift, but since the library is in FRONT of the dining room, I still had to "be seen" going back and forth to drop my folder at my cell before going to work. From his point of view, despite his ORDERS, I was still going back and forth.

When Of. Vargas (I didn't know his name until Of. DeLoria led me to believe the affidavit calling me liar WAS from him, when it was from the Kitchen/Food Coordinator, who has NO knowledge or responsibilities over the door traffick) investigated why I was still harassed when taking my tray to the unit like HUNDREDS of other AICs, he said it was "because I was bringing it back."
Now looking at the timeline (filed 7-24-26), it's obvious why bringing a tray back to the kitchen was a problem: It was a SETUP. As long as I brought the same tray back with me, Lt. Cannon could never accuse me of "taking two trays worth of food", which he was trying the week before the fabricated disciplinary report of 5-31-26. (Lt. Cannon stopped me in the hall, yelling me "shouldn't you be working?" or so — OBVIOUSLY and confirming his cryptic/not-direct order, instead of "don't take the tray to your cell" he said — admitted in his initial DR — "if you take your tray don't come back to work", which to me seemed a SETUP to make me FAIL at work and obviously to use it as a "OUT of area" extra charge. In conclusion, Lt. Cannon was ALREADY seeking to take me to the hole. If it wasn't FOR stealing my legal notes, the timeline

(4)

shows other viable options. Whatever the case, NOBODY gets harassed for ~~[illegible]~~ ~~[illegible]~~ my attempts to care for my health, at the same time than WORKING, while using the legal system the right way (constitutional right) – i.e. using words instead of fists (or lies, like them all).

The multiple lies and unrecorded medical findings or requests of mine (some already filed on 7-24-26, only b/c they were returned not without ~~[illegible]~~ some intimidation for my insisting) show that there's an EXTRA interest on keeping the need for food-mixing quiet, concealed from other AICs and authorities b/c all standards and policies ~~[illegible]~~ rely on American standards designed for people who CAN choose better food and eating habits/conditions WE CAN'T choose – and obviously even go to the hole and are accussed of "always ~~wanting exceptions~~ asking for special treatment" if we bring it up./try to work around them.

UPDATE 7-28-26: The dietitian, during a video call, did not fact-check, google, affirmed or rebutted ANY of my chemistry/medical FACTS/sources about food mixes and barely insinusted he'd "reccommend" ODOC about same. Given the same words came from the Corrections Ombudsman, while admitting "ODOC is not obligated to accept [her] reccommendations", it's obvious NO solution will come out of that chat: The system ALLOWS, is DESIGNED to be indifferent by default, effectively, impunely.

What's the message I should learn from my "discipline"? Not to even ask for constitutionally protected rights? ~~[illegible]~~ Not to expose indifference? Not to bring up concerns ~~[illegible]~~ (or policy/law/duties) when told "NO" without hearing?

[signature]

① Exhibit 1: Timeline

May 24th, Sunday

• I'm moved to 3F (unrequestedly) along w/cellmate. Inmates "running" this unit seem to have been flushed out. I MAY be able to use the tablet, chairs, etc. here.

May 26th, Tuesday

• Attorney call did not happen (not routed to me?)

• Appeals Court finds my 1983 Dismissal premature

• ODOC lawyers read my injunction; file response I have deadline to respond.

May 28th, Thursday

• Court mails decision above to me, not same day (unusual)

• Grievance Coordinator denies all my grievances same day (proof that she withhold them) with the same illegal excuse - bulk deterrance/sabotage = blatantly. ← • Asst. Sup. Cleaver decides to ~~respond~~ read 3-month old Kytes

May 29th, Friday

• I drop Cannon's name at BHS counseling session, as aid/abettor of campaign of harassment. I showed false accusations by Grievance Coordinator.

• Cannon tries to "catch me" (harassment) getting "2nd tray BUT it's my day OFF (i.e. this is my only walk to the Dining Room)

May 31st, Sunday

• Incentive Move approved (filed the 28th): I moved next door 3F-21B.

• Cannon's attempts to catch me taking food to my cell have been frustrated for 3 da (2 days off + 1 day no food conflict needing eating separate) and finally today

▷ Cannon CHARGES me with 5 "major" violations, 90% dismissed.

• My property is taken (by Baumer) before the hearing (to bypass dismissal of fake charges). The minor charge standing wouldn't have justified it. (Policy to allow harassm

• Officer below Cannon (Reyes?) lies for hearing against daily video evidence.

June 2nd, tuesday

- Hearing: 90% (4.5 out of 5 or $\frac{9}{10}$) dismissed charges.
- Moved to unit 3C: Cell has no water, no toilet (clogged). Unit "run" by inmates.
  (I can't use the phones, chairs, tables, get water...)
- Work terminated (No notice, no daily fail, no call-outs)
- Law Library Queued sessions CLEARED. (I dropped new form today)
- Canteen order ALREADY cancelled (items are allowed during LOP: Envelopes, hygiene.

June 3rd, Wednesday

- Law Library Coordinators KNOWS I'm out of "the hole" and still doesn't schedule me for library until the ~~[illegible]~~ 22nd
- "Hot" (vandalized) jeans provided by Clothing Room (I know AIC who got DR for that): Missing threads both legs, all the way up; impossible to miss (SETUP )
- Contraband BLACK Pen (illegal) under the mattress. (setup ). I threw it away ASAP.

June 4th, Thursday

- Cell searched BEFORE I got my property (unheard of: there's NOTHING to search. Literally
- Property released: STOLEN NOTES. Legal box broken, as during last "inventory" but less violent. Legal papers dis-organized.
- I get mail, legal mail and grievances. I notify Law Lib. of deadline to respond

— — —

July 8th, ~~[illegible]~~ Wednesday

- ~~[illegible]~~

- BHS Appt.

From: Sergio M. Zambrano #21536949
777 Stanton Blvd.
Ontario, OR 97914

A ①

in the COURT OF APPEALS for the 9th District

| | |
|---|---|
| Sergio M. Zambrano<br>Appellant,<br>v.<br>ODOC, et al.<br>Appellee | Case # 26 CA 1511<br>Amendment to Injunction to make prints/Copies and Update |

On May 2026 a new Law library Coordinator, Ms. Gilbertson, started authorizing photocopies/prints as the actual OARs and common sense allow, like "other necessary papers" "in connection with a legal action" "to be submitted to a Court" (no rule says WHEN), as OAR 291-139-0010 (10) allows.

Given the MULTIPLE communications that returned unresponded or mockingly mis-addressed by previous Coordinators, I requested (5th attempt +) some of the most-common or latest-denied types/purposes of materials to be authorized in a new Kyte. (Dated 6-26-26; Signed but both the "received" and "Answered" dates left blank. I Filed them in this Court 7-24-26 in a "offer of Proof" motion.)

1) When I asked about months-old never-returned similar and other requests of mine, on 7-16-26 she refused to take my request in hand and even to listen my good reason for her to "break" the unwritten rule against "accepting Kytes handed". After her initial meanness and rolling eyes I convinced her to hear my reason to at least LISTEN my requests: b/c "sending" kytes has already failed: They just never come back; but after responding one she again refused (while denying that she was refusing) to respond questions in person. This and other signs of KNOWING her co-workers/superiors INTENDED never to respond/return these requests (i.e. refuse any acknowledgment/admission of the denials to print/copy legal materials) are obvious from the transcript of our conversation (Also Filed 7-24-26, titled "Gilbertson 7-16-26), amounting to 42 USC § 1985/6 aiding/abetting/covering up,

A 2

others' conspiracy to violate my rights to Petition, Access the Courts (by obfuscating my attempts to reach superiors – reviewers – repair prison conditions/abuse, etc.)

1.2) When I switched from trying to get ANY action on those unreturned Kytes (e.g. update, status, sending an e-mail, calling by phone, checking the months-old stack of "kytes from Zambrano" still unresponded, and other solutions I KNOW they offer to others) and unresolved requests to addressing her false/made up excuses (e.g. her not-credible multiple meanings for "final form" in OAR 291-139-0170 (1)(f) – misrepresented to deny copies of whatever they feel like; or her sworn duty to truthfulness, against deception, equal treatment, etc.) she evidently felt embarrassed and asked if I wanted to spend my time at the library arguing (loaded question: ANY response would be taken as admission of arguing) and be [kicked out]. When I asked "those are my options?" she did NOT respond, meaning she BACKED UP from officializing a warning (i.e. conceding it, giving me rope to fabricate a conduct report). Her almost-whispered words "well, you know, I kinda feel disrespected right now" with an expression of "I could say you hit me and everybody would be sad for me and hate you" made clear the THREAT, and her reluctance to reason the MULTIPLE rules and legal support against her mere [instructed] discourse (everything blamed on "it's not legal document" or "final form" meaning anything she wants) makes evident she was NOT based her actions on facts (ODOC Policy 20.1.01) or the relevant ones (ORS 423.425 (1)(b)) but on [not-so] hidden agendas, blind orders. This became more evident the next week, when Officer Arnold threatened me to "send [me] to the hole and search [my] legal property with a fine comb" if she ever calls him again or if I insist after she says no, both admitting/confirming their illegal response to my constitutionally-pro

A 3

ted requests, how my legal notes got STOLEN during another fabricated "Discipline" (DR) on 5-31-26 (see "timeline" filed 7-24-26), and also confirming her having/knowing illegitimate reasons (conspiracy) to keep my requests unacknowledged unadmitted and unresponded: For her, ANY attempt of mine to show her the actual rules, follow Policy/regulations, bringing up caselaws, asking her to "show me the rule" (e.g. that defines "final form" as such unpredictable/multi-purpose/illegal meanings), trying to make her reason or see the actual grammar or literal meaning of her red herring rule can't possibly mean what she implies, etc. any of this for her means to "contradict" her, when in reality I'm just SHOWING VALID arguments while she's not, or that I'm "insisting" with "the same request" (as in "do it, do it") or against the same order which she never gave (I asked), when I'm actually addressing the MULTIPLE DIFFERENT excuses and lies she's misdirecting the subject towards. (I'm trying to keep her in focus, or showing/requesting the facts, to escape the deception coded in ORS 423.425 (1) (a-e) A.K.A. "BS").

1.b) For example: a direct order or final decision sounds like (if truthful; without deceit or any of the "BS" in that ORS):
"I can't respond any of that b/c I was instructed not to admit/acknowledge any this or that", or
"That's my final word and I refuse to listen to your legal basis";
or something else that can't be fixed.
But lying on the reasons for her actions, like "the rules don't allow me to make copies b/c the sky is green" not only MISDIRECTS the subject to my need to address such a lie but also SETS ME UP to accuse me of "arguing".

2) Her misrepresenting, and intention to, my secondary attempts to stay in focus (defending myself from her red herrings/misdirection) is also evident in her "second" warning on 7-22-26 were the denial was of
22

A (4)

materials she DID photocopied before (same the VERY same pages) but refused this day (after instructed by Rojas or Portia Lillers, the one I reported STEALING my 1983 from the printer on 7-23-24): this subject had nothing to do with the previous week's subject "unreturned/unresponded kytes" yet she claims in the Conduct Order that I was "warned" the week before. Since the only thing those refusals have in common is that she didn't WANT to reason, or take the blame for INSTRUCTED denials she can't defend with reason or actual rules, it's obvious there IS a illegitimate agenda, to silence/deter me making her conduct order FABRICATED, and of Arnold's threat void of legitimate need.

2.2) the new incident of 7-22-26 has its own irregularities (Grievance #SRCI_2026_07_037 will be denied as planned: conduct orders are fabricated so we can't grieve abuse: OAR 291-109-0210 (4)(f), but I wasn't given a conduct order until AFTER I wrote the grievance.) (*Attached)

Irregularities:

2.1) The Conduct order includes a "previous warning" despite:

2.1.a) it DID NOT exist (when I asked "those are my options?" Ms. Gilbertson refused to officialize the threat. The warning was a cloaked threat.

2.1.b) No conduct order exist for the "previous" warning. It shouldn't even be in this conduct order.

2.1.c) As explained above, the issue was different, one NOT being obvious as warning for the other. The actual OBVIOUS warning is ILLEGITIMATE/ILLEGAL (i.e. "shut up", "don't expose the actual rules in front of others, "don't report our hampering", etc.)

2.1.d) In her words, she ADMITS that she gave me the choice to "go sit at his work station OR leave the library" and that I "sat down", and yet she STILL kicked me out. This means not only that it was UNNECESSARY to kick me out, but also shows my COMPLIANCE and other reasonable behavior described in my transcription of our

A 5

interaction (titled "CC Gilbertson 7-22-26", filed 7-24-26 in this Court)

2.1.e) It does NOT match her claims (libel, false claims, AGITATION) that I was "disruptive" her buddies harassed me for (Another three officers called me "so disrespectful", "disruptive" and "you'd better chill" in the halls (harassment). None of the AICs present (Court: Order their names produced for me to get their testimonies, Video/Audio Produced, or admission by Gilbertson that she never meant it, warned me e.g. to "lower my voice", and to describe EXACTLY which words were allegedly disrespectful); except workers and others with good job/housing who are easy to buy a false testimony from, - will say I was disruptive or disrespectful.

2.1.f) It does NOT identify which my "disrespectful" words were. In my 10 years and 3-4 false claims of disrespect, NOBODY ever responded or even returned my Kytes/Grievances inviting them to specify or give me a conduct order, which MATCHES the campaign of harassment and DETERRANCE/intimidation (always when I mention my rights). Again: the strategy is: violation mentioned? = conduct order given with ANY excuse, → no grievance accepted b/c "it relates to/involves a conduct order" → never respond/return outside-grievance comms. → still use their record to deny/sabotage good jobs/housing, etc. (in 1983, claims under IX and XII & and XIV.2, 3) and to encourage future readers of the "remarks" in the system (still undisclosed) to build on for future intimidation/harassment.

2.2) The official reason she claims I was "not accepting her denial" (she recorded in the [illegitimate] "law library Print & Copy Request", filed 7-24-26) is "not a legal document in final form" (unofficial form coded CD-XXXX where the "requested Copies" section "B" was eliminated (since I made the Court Aware that OAR 291-139-0170 (1)(f) only applies to THE filings, only limiting the amount of "Copies required by the Court", which belong to a DIFFERENT

A (6)

SECTION "C" of the legitimate form CD 1762 ) to hide the fact that ODOC ever made photocopies of anything else NOT the filings to the Court (e.g. as described in the first lines of this motion and the original injunctions to make copies" (two) I'm requesting this Court to reconsider) as long as we paid for them. (easier to control before the IRS incentive money of 2021 b/c officials could keep targeted litigious inmates INDIGENT by preventing/sabotaging them having a job, but after the IRS money anyone could pay for copies). The removed SECTION "B" exposses the existence of photocopies WITHOUT a "Court Rule" demanded (one of the multiple excuses used to avoid my points in grievances and Court motions). (see full arguments in original injunctions and updates/declarations/exhibits).

Back to Gilbertson's official reasons for denying my copies AND kicking me out of the library when I "wouldn't accept" [the false ones], some of those pages, along with others denied by previous Coordinators after the instruction by Portia Villers (Manager), she COPIED them EXACTLY in the SAME "final form" they were when denied, proving that her decreeing them "final" or "legal document" or not is arbitrary, not what the actual rules intend or even mean literally/grammatically.

2.3) FURTHERMORE, some of those pages were ALREADY authorized and copied by HER on/about 7-9-26, without the rules or the pages changing, BEFORE she was instructed the campaign of "avoidance stacing" or "no paper trail" system against litigious AICs done to me. These include the Page ① of my request for review of Disciplinary hearing for the IG ("to be submitted" to a 1983 case if the IG plays dumb too, or "for my records" if they "lose" it or USPS refuses to disclose its delivery as they do to non-imprisoned persons) "exhibits" and not "internal communications" or "not to the Court" as Ms. Gilbertson called them on 7-22-26, "other necessary papers" or "exhibits" and not "a kyte" or "an ODOC form" as Coordinators call them whenever they want, some pages they call "letters" or any other source-type the rules do NOT care about (rules only care about purpose) but staff call them so not to copy them...

A (7)

all of these showing it's a LIE that they believe some [redacted] papers are [redacted] "in final form" or not, or that they believe or even understand how their many demands or [redacted] "reasons" are triggered (or cause?) by the "final form" words in 0170 (1)(f). THEY COULD NOT IDENTIFY one copy of the same source, made now or months later, decreed "in final form" from the other that was decreed "not in final form"?
For this reason, I wouldn't even bother filing both to this Court: Any reasonable person (which ODOC employees are REQUIRED to be — and swore to be) will understand they are one and the same, and only making substantial changes to them would deem the [redacted] old one "not in final form", like a missing [redacted] point/argument, or that the same "kyte" or "request form" is an exhibit, or that what needs to be final is the ORIGINAL, b/c the copy is ALWAYS final, no matter how many content it's added to it, or that rules can't be interpreted "in such a way that renders meaningless other rules" (i.e. well-established Court rule) like 0170 (1)(f) interpreted to refuse any copy not to the Court, rendering meaningless those at the beginning of this motion, or 0170(1)(d) allowing materials (not referred as "legal documents") from attorney be copied, [redacted] and other reasonable interpretations listed in my original injunctions.

2. [redacted]) The real reason Ms. Gilbertson [redacted] considered the materials authorizable (and "in final form": not a reason intuitive or even forced out of the possible meanings of "final form") was because they were attached to a motion (and that motion was NOT the final motion they'll be referred from (e.g. this one or future ones)), but she RETRACTED her demand/excuse on 7-22-26 (see transcript filed 7-24-26) [redacted] pretending [redacted] (actually SAYING) "I never said they must be attached to a motion". The proof that SHE DID say it is that I did it and she accepted them. Don't get me wrong: I've known for years [redacted] what they WANT [redacted], but I also know the rules do NOT require it, let alone "mailed on the spot

A (8)

as better-trained-in-harassment/hampering staff does demand TO ME while not to others. So Gilbertson's other reasons to feel uncomfortable, NOT disrespected, is her giving away accidentally the "solution" to their own made-up demands, fabricated requirements of compliance, when she blurted out "it's not attached to a motion", or because I refused to bite the ~~[illegible]~~ lure, accept the BRIBE/extorsion others accept: they create a dummy motion to print/copy what they want, while helping CONCEAL and PERPETUATE the harassment against those not in the "code of silence". Others really believe she's doing a FAVOR to them and allowing them something that the rules wouldn't allow her (lie: they are allowed, by the actual rules AND the law)

Conclusion for 7-16-26 incident:

Ms. Gilbertson KNEW the unresponded status of my requests and lied repeatedly to conceal it (coverup for superiors/co-workers), which made me have to switch the matter to address to the new lies/nonsense, in turn used to fake my insisting or "refusal" to accept her ~~[illegible]~~ refusal to accept Kytes handed.

Both incidents share Law Library coordinators refusal to record my requests in their system (LLISA), showing the INTENTION to "lose"/obstruct my obtaining/conceal (and even keep unrecorded) ANYthing that would help me address/prove/review their abuses and my attempts to solve them.

Supporting this conspiracy/plan/agenda, once I put some of these unresponded requests/reminders in Law Library Request Forms (CD 1714, which used to have a field for staff tracking and recording our requests, having the text in them typed in the LLISA system, but now removed to THWART our attempts to use those records too as proof of ignored/denied requests) Coordinator Gilbertson DID provide a LLISA number for each, BUT responded NONE. Again, their effort put on avoiding responding anything until checking/synchronizing it with other staff is a sign of LIES kept consistent, depending on the requester – and explains staff getting upset when we expose them in front of others lied to different.

1.c) The six Kytes she returned days later, 4 unresponded and 2 "responded with irrelevant or misdirecting 1-line also-irrelevant-rule (BS) I filed in this Court 7-24, show NO LLISA #, as they should when received but only done if responded to keep off the record the ones they will "lose"/ignore, targetted for DETERRANCE, etc. SHOWING the INTENTION behind their repeated failure to date them (none of these were), address MY points/concerns/arguments. These returned-blank/misdirected Kytes are just the tip of the iceberg, some matters refused 5+ times, through years of asking, in person, through Kytes grievances and Court.

3) Continuing with the Campaign of harassment, Law Library Coordinator Gilbertson blocked my access to my legal files AND didn't provide a temporary drive to save my work for 14 days. The notice she handed me had all methods to "obtain more information" made up or bogus or futile, as follow:

3.a) "Ask the Library Coordinator": That's just her again and she refused details, directing me to ask IT. When I went to ask her for a drive to save she said "not now". I asked if she'd let me know when I can ask her she said "yes" but she did not, even chatting tribialities with an officer seemingly to fabricate a witness of fake disrespect (I'm not disrespectful, nor violent, but I don't beg as they all want, let alone when they are blatantly lying to me, antagonizing me or being mean). She let me stress for two hours, work ignorant of the fact that I wouldn't be able to save, obviously to antagonize me and fabricate a "third" excuse to send me to the hole, until I reminded her, "I still need to save my work", to which she responded "NO". The present officer did NOT seem surprised by the mean response, meaning he knew what they were seeking, or he's used to staff being mean to AICS? This alone shows that she did NOT forget to let me know when I could ask her about this but she WANTED to

Keep her new info secret so I waste my day (she KNEW I won't be able to save at the beginning of the day).

I said, "the notice you gave me states I can have a temporary drive..." and she interrupted me: "NO" (second attempt to antagonize me: MATCHING Of. Arnold vague threat — now obvious it was vague on purpose, for me to "trip" it if I ask ANYTHING after she says "NO"). Dismissing her obvious attempt to intimidate me, I took her "no" as refering only to the words that I managed to say, and not to the whole need to save or obey the mechanism in place for me to be able to save, clearly existent from the notice she gave me, so I said "I have the paper right here, it DOES say..." (meaning "You CAN'T say it does NOT say so"), and she admits "you can't save". Without knowing she knew more, I said, "I know, that's why I need a temporary..." and she finally admits "Your account is under investigation, I sent you a new notice". I asked "Do you have a mailbox # for IT?" She responded "Ask your unit's C/o".

3.b) "ASK IT":

I.T. does NOT respond to AICs. The Kytes addressed to them are returned with a derisive red stamp reading "missing Box number" (or so) repeatedly used when MailRoom doesn't WANT to send it, even when the number is correct (an Officer confirmed it is AØ7, as I addressed my Kyte) or where there's no box # available for, e.g. ODOC HQ. Of. Linn (or so) says he got an answer by e-mail (he asked if I.T. responds Kytes from AICs) and IT responded "ask the library coordinator, your Superviser or Manager"; which is the SAME bogus info in the notice Ms. Gilbertson sent me, but substracting themselves from the options.

(11)

3.c) Since I'm not an Employee of ODOC, I have no "Supervisor" or "Manager" to contact, rendering all the "options" in that notice bogus or futile. (Library Mgmt. Keeps providing bogus roles and basis for their actions, as I explain in my Kytes Ms. Gilbertsen evaded and even got retaliative against me for insisting for answers/solution about – see Kytes dated 6-4, 6-18, 6-22, and 6-26-2026 – filed in this Court 7-24-26)

3.d) I've been a File-Server Admin myself and there's NO need to lock me out from my AICNet account to "review/analyze" anything: there's no way for me to delete, hide or copy to others ANYTHING: Admins can work simultaneously with me, access any file even if deleted, from today or yesterday's versions, etc. Any need for "taking" my files is depreciated since the files are NOT in a physical drive that can't be at two places at the same time (and even when the USB RMD (or "memory stick", "thumb Drive") WAS the only media/option, they could still "analize" a COPY of it, to avoid the unnecessary interruption of my legal work.

I've seen this kind of seizure before, and it's always related to AICs suing ODOC and Library Staff for the very legal hampering I sue them; some lasting MONTHS as if it was so important not to let us work with ANY file, just b/c another, e.g. has no Court header or Case # (some files are TOOLS, to create other documents or belong to a not-yet-filed case, or to multiple)

3.e) If they found ~~documents~~ [something] in violation on 7-24-26, they would know that day to tell me. The fact they didn't is b/c NO violation was found (not worse than what others were asked to correct at once WITHOUT locking them out of their Drives.)

A (12)

Attached grievances and Kytes, the latter sent to Assist. Superintendent Clever who already concludes Grievance Coordinator follows the OARs while disregarding Court Opinions finding ~~th~~ her reasons for denying grievances are ~~[illegible]~~ "inconsistent with and unsupported by applicable regulations" (eg. the demand "You have not demonstrated how your grievance qualifies under rule 109,..." — Bond v. Oregon, 2017 WL 3184186) or that "related incidents/issues belong to the same grievance" (LaFontain v. Martin, 2008) and hasn't addressed ANY of the specific points/~~I~~ arguments I sent him as he pretended he would at first to CONTINUE the general simulation of care/process from EVERY ODOC staff (while adhering to their "code of silence" and fabrication of record (or keeping it BLANK by never responding/returning my Kytes).

These show how my grievances are never accepted; and in this case, how Ms Gilbertson's bosses will never answer ~~on the record, or~~ under a process somewhat audited/recorded, about her campaign of harassment for my asking/reminding her my OLD questions are still unanswered/unreasoned/uncompliant with MULTIPLE regulations/statutes/the law/my rights.

MORE ALTERNATIVES FOR RELIEF/EMERGENCY DECLARATORY JUDGMENT

1) If this Court can't take the time to consider/learn the history/intention/legitimacy/legality of ODOC OARs (I can't supply it b/c Westlaw conveniently HIDES previous regulations from AICs (out of subscription — paid by our captors), or how to implement a non-abusable ruling, at least this Court could quickly determine which meanings AICs can NOT be possibly expected or forced to learn/take from the most-abused (at least lately) terms: "final form", "legal document", "legal materials", "to be submitted"

2) Library Coordinators or Legal Assistants shall help AICs to identify an AUTHORIZABLE purpose for their copies, rather than for denial.

3) ANY paper reporting/complaining/requesting anything shall be copied by default in case the original is lost/stolen/never-returned/or mailed out no matter where. (or scanned into our AICNet memory space - mandatorily backed up regularly.), if "fire hazard" for storing paper is an issue/concern. This is not different than EVEN ~~HOMELESS~~ INDIGENT people's standard of technology outside.

4) AICs will be informed why they or others are getting their copies authorized, in writing if requested, (this to prevent staff from keeping targeted victims in the dark to deny them favorited AICs extorted to keep the secret, etc.) or some broader anti-targeting measures to prevent harassment or ~~[illegible]~~ stop the fear by witnesses to report it.

5) AICs shall not be required to mail out or file the original nor the copy for copies be authorized (this to prevent their switching excuses to always deny copies b/c you are not filing/mailing [the oposite to what you are intending]) - done to me and others.

6) "to be submitted" (in several places in OAR 291-139) does not demand when, nor that a case be already filed. (Any refusal to respond or attack on our evidence/communications should ~~[illegible]~~ NOT cause our originals be lost, a 1983 be assummed in order), also meaning materials need NOT be filed on the spot to be considered "legal document" (unless "legal materials" is defined AND highly published as one of the "requested copies" authorizable regardless of being THE FILING itself and put back in the Section "B" ~~[illegible]~~ the new illegitimate "Photocopy request Form")

7) "Final Form" ~~[illegible]~~ can't possibly mean anything beyond its plain words. NOT "in motion format", nor "in formal/official form", nor "ready to mail" - let alone "on the spot" - nor "the copy but not the original" (or vice-versa), nor "handwritten" nor "typed" (or other abuses I reported in my 1983 and previous injunctions about photocopies).

↑ 5.b) 0170 (1)(f) states the DOCUMENT, not the sender, must be ready to mail.

SUPPORTING the OBSTRUCTION/HAMPERING of our RIGHT TO PETITION:

A recent example showing the INTENTION of preventing AICs from reaching superiors, get truths from outside of the circle of silence/lies, is MailRoom Staff attacks/sabotage of our mail:

On 5-7-26 they bounced a Kyte of mine addressed to "Procurement, ODOC HQ"*

On 5-12-26 my Kyte asking for GENERAL info to address Kytes to "ODOC HQ" was responded with a sticker reading "write the Department's name and location on the Kyte and the MPC will forward to the correct address".

For the following two months+ MailRoom evaded* my attempts of disambiguate or find a SOLUTION to the *"missing Box # number" rejection of Kytes like 5-7-26.

On 7-27-26 Assist. Sup. Julina Claus claims I need to mail "ODOC HQ" in my own [USPS] envelope. (*including intimidation, covert threat)

So it's obvious that:

a) MailRoom decides WHO will get their Kytes forwarded or not

b) or which offices they want to forward to or not (without disclosing the criteria)

c) Admins like Ms. Claus support whatever Staff did, even against the rules/regulations (I have MULTIPLE examples: The IG continues/perpetuates the Coverup)

d) unless the forwarding system existed when the stickers were designed, then terminated around 5-7-26 just for me; then resumed when placed on my inquiry after 5-12-26 (undated); and terminated again when Julina Claus got her facts to respond about the 2-month old BS by MailRoom.

e) Ms. Man's hampering/simulation of grievances' screenings to prevent me from getting abusers' superiors to respond IS INTENDED and not by the rules as Assist. Sup. Cleaver claimed on 7- -26 without ~~respecting~~ addressing acknowledging the actual rules or JUDGE opinions I presented to him (i.e. Grievance System NOT available to me AND violating my right to

(15)

petition (Reaching Superiors IS part of my right to Access the Courts + Petition: Mothershed v. justices of Supreme Court, 9th Cir. 2005)

~~2:22-CV-00443~~
Previous USD filings include dates ~~of~~ and descriptions of Library Coordinators reversing, enforcing, lifting (to favorite AICs), etc. the "rules" the enforce on me, eg: #220, filed 5/07/25 "Declarations and UPDATE of ADVERSE ACTIONS" (as I said above, this one has "Update" in the name. Others containing harassment possibly out of the 1983 are "Injunctions" and "TROs" ~~&~~, "Offer of Proof", "Oppression", "hampering"

I certify the statements in these pages are true to the extent of my knowledge, and I'll notify defendants about these filings ASAP.

[signature] 8-5-26

Sergio M. Zambrano

I request this Court a phone evidenciary hearing to discuss which of the thousands of communications I can offer to prove the patterns of harassment and hampering of my legal work, including reversing and contradicting excuses (capriciousness/indiscriminatory application/hidden-agenda) ~~■~~ this Court ~~■~~ would like produced, if the unusual actions described here are not enough or if defendants ~~failure~~ to rebut/deny them, as usual, is not taken/enough as lying.

[signature] 8-6-26

[signature]

Proof that the 3 cardboards/"writing tablets" were NOT in my power but came from "Property" minutes later.

**SHAKEDOWN REPORT**

| AIC Name | Inst. # | Unit & Cell # | Date | Time (a.m./p.m.) |
|---|---|---|---|---|
| ZAMBRANO Sergio | 21536949 | 3C35B | 6-4-26 | 9:06 a.m. |

| Item(s) Confiscated | Reason(s) for Confiscation |
|---|---|
| ___ Clothing | ___ Unauthorized Article(s) |
| ___ Personal Item(s) | ___ Excessive Amount |
| ___ Commissary | X Altered from Original State |
| ___ Magazine(s) | ___ Article Belongs to Another |
| √ Other: Trash paper | ___ Other: |

Brief Description (If required): ______

cc: Original to Lieutenant's Office file
Copy to AIC
Copy to be attached to confiscated property

Makeshift toilet paper and [illegible]

Staff Signature ______

CD 614 (4/2020)

# Oregon Department of Corrections (ODOC)

## Snake River Correctional Institution

## Grievance - Returned for Correction(s)

**To:** Zambrano, Sergio **SID #:** 21536949 **Cell:** SRCI:3C35A
**From:** Dominguez, A **Date:** 07/30/2026

**Re:** Non-Medical# SRCI_2026_07_097

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

An AIC may only request review of one matter, action, or incident per grievance.

- (A) incident 1 vs. (B) incident 2 vs. (3) retaliation vs. (4) legal vs. (5) denial of services vs. (6) harassment vs. misinterpretation of rule(s) (7)
- 291-109-0225 Grievance and Appeals General Processing Standards

Related issues/incidents/etc. belong in the same form (

(2) Grievances and Grievance Appeals Returned for Correction:
(a) An adult in custody may elect to resubmit a grievance or grievance appeal that has been returned to the adult in custody for correction because the grievance or grievance appeal does not comply with these rules.
(b) The grievance or grievance appeal may only be resubmitted twice and must be received by the institution grievance coordinator within 14 calendar days from the date when the grievance or grievance appeal was originally returned to the adult in custody.
(c) If corrected and resubmitted by the adult in custody, the return receipt and original grievance or grievance appeal must also be attached.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

1) A: "Not grieved here" (Page 2, line 3)

2) B: Word "incident" is not used in this grievance. "Instance" B gave rise to this grievance.

3) "Retaliation" is an example of theories for her actions (Pag 1, line 11.) Rules do NOT limit the theories I can provide. (Same in Page 2, line 1)

4) "Legal" is no issue, matter, action, or incident. This is PLAIN MOCKERY since I reported Ms. Main using ANY word/Verb as "multiple" something.

5) "Denied service" in page 2, line 7: is not a grieved issue unless I grieved it, which I'm not at least NOT here. Denials of photocopies is a NORMAL daily task, unless done illegitimately, NONE of which is grieved here. In page 3, line 1: "Denied service" is another theory for what will be found in Grievance of A (previous instance of same CAMPAIGN of "creating false record" (in page 1, line 1) Patterns and Campaigns can NOT be shown with ONE action, and even if "Mentioned", it's NOT "Grieved" here. "Pattern" is in Page 1, Line 3, and 2:4.

6) "Harassment": Same as point 3.



**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

why not "finding" multiple issues/matters/actions/etc. in
"Threatened" (Page 1, line 5), or
"kicked me out of the library" (in page 1 line 6), or in
~~"Refusing to hear" (Page 1, line 8), or in~~

"Refused to grant/hear/reason A (Page 1, line 9)
"Oppression" (Page 1, line 11)
"violation to my "Right to Speech" (Page 1, line 12) — See where I'm going?
or Any other word that sounds like somebody could have an "issue" with,
is technically an action (i.e. verbs),

7) "Misrepresentation of rule(s)" can't possibly be grievable (by Mann's interpretation of rules),
Thus NOT "another" [grievable] issue: (again: only "grievance issues", not "anything anybody
might have an issue with", are limited to 1-per-grievance) because it's not listed in the EXAM-
PLES under OAR 291-109-0210 (3), reason why Ms. Mann has DENIED multiple grievan-
ces not matching one of those examples, i.e. b/c only "misapplication" of a rule is listed there,
and not "misinterpretation...". If "misinterpretation..." WERE accepted as
"grievable" then the previous grievances denied for not being of that type (i.e. listed under
0210 (3), "not demonstrated how it qualifies" or other cryptic denials amounting to the same)
should be accepted. You can't have it both ways.
Also, those under 0210 (3) (and similar violations, types of wrong) CAN'T be
issues/matters/actions/etc. to amount to "more than one" or "multiple" because they
are literally referred as "concerns" the [SAME] grieved issue "may include" in
0210 (3). So, even if multiple of these, or similar, were included/found, they would
still not raise the amount of issues. In other words: a person with two heads does
NOT raise the amount of persons.
Conclusion: You only targeted SERIOUS details (e.g. retaliation, Harassment) to impair the grievance
(sabotage), or why didn't you complain about "kicked me out..." (in 1:6) or "refused to reason"
(1:7), or "insinuated" (1:8), all "actions"?

Page: 1 of 3 (3 page limit)

Grievance # SRCI.2026.07.097

Official Use Only

Resubmit

## GRIEVANCE FORM

Name: Zambrano (Last) Sergio (First) M (Initial) 21536949 (SID#) 3C-35A (Cell/Block/Bunk #)

Whom are you grieving: Law Library Gilbertson

Please provide the date/time of incident giving rise to grievance: 7-22-26, 9:15 am

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Law library Gilbertson is creating a false record of disrespect/argumentativeness to justify future discipline.

Date that gave rise to this grievance: 2ND instance, showing a pattern, 7-22-26, 9:15 am (The first one still not beyond the last 14 days)

Last instance: Law library Coordinator Gilbertson threatened* to stop arguing about (A), and even though I did and left to my computer, she still kicked me out of the library. Several witnesses will testify I did NOT disrespect her on continued what she refused to reason (A). *(threat was insinuated, not an official order or warning)

Violations: Her pattern of refusing to hear my request (B) after she refused to grant/explain reason (A) is an obvious attempt to brush me off regardless of facts or reason (ie. capricious/hidden-agenda/setup/retaliation), violating ODOC Policy 20.1.01, 20.1.02 (oppression); ORS 423.425(1)(a,b,e), ie. "the law"; and my right to speech/petition, against

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

1) Extra computer session to compensate the lost time, 2) Gilbertson instructed to either call a mediator/chaperon when feeling "disrespected" or when unable to show the rule supporting her interpretation of plain english, or when unable to discern what's in front of her eyes

Date: 7-22-26

Signature: [signature]

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUL 27 2026 SRCI/SRCM GRIEVANCE OFFICE | Returned For Correction JUL 29 2026 SRCI/SRCM GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: 2 of 3 (3 page limit) Grievance # SRCI.2026.07.097 ______

Official Use Only Resubmit

# GRIEVANCE FORM

Name: Zambrano Sergio M 21536949 ______

Last First Initial SID# Cell/Block/Bunk #

Whom are you grieving: Law Library Coordinator Gilbertson

Please provide the date/time of incident giving rise to grievance: 7-22-26, 9:15 am±

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

retaliation for reporting/using the legal system, 1st USC Amendment, 8th and 14th.
Complete Description: Due to my asking her to show me the definition of a term she (A:) was misrepresenting (grieved separately, in case it's misscreened as "multiple issues") she said, as the previous time in the now-a-pattern, "do you want to keep arguing or staying at the library?" (or so), to which I responded THE SAME than last time: "so these are my options?" and this time she answered "yes". I left to my desk while asking to have a copy of the denied service which she agreed.
This time there was no subject (B), but the previous time she wouldn't hear my alternative different request, both times I RESPECTED her refusal of (A).
Since the previous time she even refused to respond to "so these are my options?", there's no way I was already "warned" to justify today's termination of my library session.
The separate grievance about (A) will show her actions were NOT based on facts or

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

(these to avoid her "playing dumb"/ostrich syndrome/false unawareness/false confusion); or to accept my request until she can make sense or back up her words with rules. 3) Be required to accept questions handed in writing if responding in person makes her feel bad (in front of

7-22-26 [signature]

Date Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUL 27 2026 SRCI/SRCM GRIEVANCE OFFICE | Returned For Correction JUL 29 2026 SRCI/SRCM GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: 3 of 3 (3 page limit)

Grievance # SRCI. 2026. 07. 097

Official Use Only

Resubmit

## GRIEVANCE FORM

Name: Zambrano (Last) Sergio (First) M (Initial) ____ (SID#) 3C 35A (Cell/Block/Bunk #)

Whom are you grieving: Law Library Coordinator Gilbertson

Please provide the date/time of incident giving rise to grievance: 7-22-26, 9:15 am?

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

rules but on orders to harass/deny services regardless of reason/facts/rules.
My requests for reasoning were constitutionally protected regardless of her feeling uncomfortable for being caught lying/misrepresenting rules, ignoring court decisions, mis-reading/misrepresenting the literally meaning of words ("even if it embarasses the Agency": Prison Legal News v. Lehman, 9th Cir. 2005), AND even though I stopped, making unjustified any false claim of "disturbing" the calm and kicking me out of the Library.
Also violated: ODOC 20.1.02 b/c of the DECEPTION (false accusations of disrespect, false interpretations/"belief" of what plain english words mean, etc.).
Witnesses: AIC Mavich (and others that will be provided ASAP) + AIC Moos.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

witnesses so they don't get "lost" or returned unanswered or addressing something else months later.

Date: 7-22-26

Signature: [signature]

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUL 27 2026 SRCI/SRCM GRIEVANCE OFFICE | Returned For Correction JUL 29 2026 SRCI/SRCM GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** Grievance Coordinator **Date:** 8-3-26

State your issue in detail: Please accept my grievance #SRCI-2026-07-097 because all the reasons you provided are "inconsistent with or unsupported by" applicable regulations" and because none of your "findings" are true or even uncompliance in the context they are.
(Numbers below correspond to each "VS."-separated items in your memo/notice.)
1) "Incident 1": I said "instance", of the same "pattern" in line 3. "Not grieved here" (page 2, line 3, or 2:3). No detail was provided about it to "obtain a review", so it's NOT a grieved or grievance issue (as OAR 291-109- Introduces them: not any issue/action/etc. is limited to 1)
2) "Incident 2" "raised this grievance" and date (I guess: b/c I did NOT use the word "incident" but "instance".
3) "Retaliation" is a REASON for an action, NOT "another" action. (1:11, 2:1) Rules do NOT limit the theories I can provide.
4) "Legal" is nonsense. I take it as your gloating your impunity to make up things.
5) "Denied service" (2:7) is a NORMAL coordinator task. Not grieved unless I provided details to show the denial was wrong. Mentions and theories are NOT limited to one.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Sergio M. Zambrano | 21536949 | 3C- 35A |

Response/Action Taken: 6) "Harassment": Same as #3. Theory (theory, example).
7) "Misrepresentation of rule": By YOUR previous interpretation of 0210 (3), it's not even a grievable thing b/c it's not listed under (3). And if it WERE grievable to count +1, you should accept every previous grievance you denied for grieving a "misrepresentation/misinterpretation" of a rule instead of the "misapplication" you demanded.
Also, examples under 0210 (3) are LITERALLY referred to as "concerns" the SAME grievance "may include" NOT limited to 1. I.e. a person with an extra arm is NOT "two people".
Conclusion: It's obvious you only targetted aggravating details, or you'd have also complained about "kicked", "refused" and "insinuated" (at 1:6, 1:7, 1:8), all "actions".

Date Received: ______ Referred To*: ______

Date Answered: ______ Signature of Staff Member: ______

*If forwarded, please notify the AIC

# OREGON DEPARTMENT OF CORRECTIONS

1 of 2

## AIC COMMUNICATION FORM

**TO:** Assist. Sup. Cleaver **Date:** 7-31-26

State your issue in detail: Your delay in responding to this will cause my failure to "correct" the following Grievance 2026-07-097 (along with the sabotages in the un-follow-able not-a-request "reasons" (Corrections MUST be requested, not let me to guess them, for me to "bring the Grievance into compliance). None were asked. Here are the wrongs with Ms. Main's "reasons" for the [not requested] corrections: "An AIC may only request review of one...." The only non-template words in her memo read: "incident 1 (1) vs. incident 2 (2) vs retaliation (3) vs legal (4) vs denial of services (5) vs. harassment (6) vs misrepresentation (7) of rules. (Numbers match below's; All are part of the "complete description" required by rules. Any interpretation of "one action.. only" that prevents me to provide a "complete description" is illegal: (it's a "well established rule" [of Courts] not to "interpret a regulation in such a way that would render meaningless" another (WL: Appeal of Murdock 156 N.H. 732; Dept of transp. v. City of Klamath 177 Or. App. 1 34 P.3d 667)

Since you shown disregard for Court opinions, here they are explained, especifically: (it would have been clearer by looking at the memo, with these commented right on it, but Library Coordinators refuse to copy ANYTHING not sent to the Court right NOW)

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Sergio M. Zambrano | 21536949 | 3C 35A |

Response/Action Taken: 1) Instance (not incident A: "Not grieved here" (Page 2, line 3) ("Grieving" more than one "Grievance issues/mat..." are limited to one, NOT any issue/mat.. mentioned

2) B: Instance that "gave rise to this grievance" (Asked by form date field). Word "incident was NOT used in my forms.

3) "Retaliation" (Page 1, line 11 and 2:1) Rules do NOT limit the THEORIES I can provide.

4) "Legal" is no issue, matter, incident, NOT EVEN a Verb/Action? (MOCKERY: Ms. Main is gloating her impunity since I reported she makes up multiple ANYTHING from any Verb (Action))

5) "Denied service" in 2:7 is not a "grieved issue" unless I grieve it, which I'm not (at least not here. Denials of copies is a NORMAL daily task. No detail to review its legitimacy were given here.

Date Received: ______ Referred To*: ______

Date Answered: ______ Signature of Staff Member: ______

*If forwarded, please notify the AIC

CD 214 (02/2020)

# NON-EMERGENCY HEALTH CARE REQUEST

Name: Sergio M. Zambrano State ID#: 21536948 Housing: 3C35A Date: 7-9-26

**Medications:** ☐ I have not received my prescription ☐ My prescription is about to expire ☐ My prescription is not helping

**Vaccines:** ☐ Hepatitis A/B ☐ Flu ☐ Pneumonia ☐ Shingles ☐ Covid

**Tests:** ☐ HIV ☐ Hepatitis C ☐ Covid ☐ STD

**Other Function:** ☐ BP check ☐ Test result request ☐ Is my appointment still scheduled? ☐ Other issues/not sick: ____________

**Optical:** ☐ Eyeglass Repair ☐ Eye exam ☐ Other: ____________

**Dental:** ☐ Pain or Swelling ☐ Denture Evaluation or Repair ☐ Other ____________

**Health Care request, issue, concern, or sickness:**

If Nurse Purdy's referal to a Provider was changed into the TLC review I'm scheduled for next week: ~~[illegible]~~ I'm being denied PREVENTION of KNOWN diverticulitis and other conditions b/c Doctors didn't SEE it first hand here. What's the difference ~~with~~ when I tell an outside doctor 3 symptoms I previously had and he believes me, to COMPLETE/narrow-down a diagnosis ~~[illegible]~~ of ~~[illegible]~~ another 3 otherwise-unrelated conditions he/you DID see in person?

IT is NORMAL to ask past conditions to ~~complete~~ find a ROOT CAUSE and prevent otherwise-misdiagnosed conditions, but you will not b/c you didn't "see" ~~[illegible]~~ half of them? (e.g. Publication "Candida Albicans: Diagnosis treatment and Prevention" — or so; CLEARLY describing how poor chewing and fruit eaten WITH the meal cause diverticulitis, which I already had along with other conditions that ODOC doctors RECORDED.)

**We have taken the following actions in response to your health service request:**

☐ You will be scheduled to see: ☐ Medical Provider ☐ Nursing staff ☐ Dental ☐ BHS ☐ Optometry

☐ Your request has been forwarded to: ☐ Manager ☐ Support Services ☐ Pharmacy ☐ Other: ____________

☐ See attached health education handout: ____________

**Additional Comments:**

You were seen by your provider on 7/14/26.

I did talk to Capt King and you are not allowed to save food between meals. He did say you can save whole fruit that hasn't been cut open until the next meal.

Responders Signature: T. King-RN Date: 7/14/26

Custom of delaying responses or back-dating them.

King

Triaged

Staff: ____________

Date: ____________

2 of 2

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** Asst. Sup. Cleaver **Date:** 7-31-26

State your issue in detail: (Continues from Pg/e #1) (* "Creating a false record (1:1) = Campaign)
"Denied Service" in 3:1 is not a "grieved issue..." either: it's in another theory for what will be
found in Grievance of A (previous instance of same CAMPAIGN of "creating false record (in 1:1) see *)
Patterns and Campaigns (eg. of harassment) can NOT be explained/described with ONE action. And
even if "mentioned" here it's NOT "grieved" here. "Pattern" is in Page 1, Line 3 (1:3) and 2:4.
6) Harassment: same as point 3 (example of theory)
7) "Misinterpretation of rule(s) can't possibly be grievable, thus NOT "another" [grievable] issue.
(again: only grievance issues are limited to 1, not ANY thing you can call "issue") because it's
NOT listed in the examples under OAR 291-109-0210 (3), reason Ms. Main has DENIED ~~whole~~ multiple
grievances not matching one of those examples, i.e. b/c only "misapplication" of a rule is
listed there, and not "misinterpretation". If "misinterpretation..." is accepted as "grievable",
then the previous grievances should be accepted. You can't have it both ways. This is another exam-
ple of interpretations made up on the fly, "as the wind blows" never admitted in writing, to serve any denial.
Also, those under 0210 (3) (eg. "Misapplication of a Rule...") are NOT "issues/actions..."

| **AIC Committed Name (first middle last)** | **SID#** | **Housing Unit** |
|---|---|---|
| Sergio M. Zambrano | 21536949 | 3C 35A |

**Response/Action Taken:** but "concerns" the [SAME] grievance "may include", so even if multiple
violations or any similar to those under 0210 (3) were found, they ~~could~~ would NOT raise
the amount of issues/act...
If you don't get it from these pages, I can point you to the actual rule's words.
A shorter way to prove, the Court will understand, is this: I can deny, make uncom-
pliant, ANY grievance you find "acceptable" just by using the tricks ODOC Grievance Coordina-
tors used on me, showing not only the system is "so obscure..." (Ross, # 578 U.S.) but also
Ms. Main is NOT acting by applicable regulations. (# Also applies when "officials thwart AICs
use of process through misrepresentation...)

Date Received: ____________ Referred To*: ____________

Date Answered: ____________ Signature of Staff Member: ____________

*If forwarded, please notify the AIC

P(1) PESTS ATTRACTION:

FACTS of Common Knowledge:

1) The difference between a smell a human nose can ~~smell~~ detect and not is 1.000s of MOLECULES. (Humans CAN'T detect single particles)
2) A person will smell a fruit when another person is eating it but rarely when it's just sitting there. (b/c THOUSANDS vs. "a few")
3) Non-organic fruit is WAXED, making almost impossible to smell it.

6 ~~4~~) Pests have better ~~smell~~ sense of smell than humans but the foods' smell-ability above still remains: unopened fruit 10, organic fruit $10^{100}$, fruit being chewed $10^{10000}$ (during chewing), fruit core or peels $10^{1000}$ x time exposed to air (less than chewing it but multiplied by all the time it sits there decaying and releasing fragrances)

5) Fruit peels, cores or remains after the rest was eaten don't release as much sugars and flavonoids into the air as actively ~~chewing~~ biting it and chewing it, but a long time sitting on a plate undisposed/uncleaned ~~[illegible]~~ amounts to a greater release in the long run.

CONCLUSION: A cheap (non-organic = waxed) unopened fruit kept for days is not as (attractive) good bait to pests as EATING in the cell. Since we are ALREADY eating in the cell, the difference is NEGLIGIBLE.

7) We live in a 24/7 ventilated place. NO molecule of food or VOC (volatile organic compound) or flavonoid can escape through wall cracks, power outlets, door gaps, etc. because of the NEGATIVE pressure the return vents generate. ALL air from us chewing or a banana peel smelling until cell-sanitation next day, exists the units through the air outlets in the roof, where NO pest walks in.

OREGON DEPARTMENT OF CORRECTIONS

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**TO:** Hearings Officer ~~[illegible]~~ Decoria **Date:** 6-2-26

**State your issue in detail:** 1) What was your suggestion/belief for the proper procedure to eat when a Kitchen Worker, lunch shift, is inside the law library from 7:45 to 10:45? (they are supposed to take their tray at 9:45 BECAUSE they will NOT be able to attend the chow line, or "early chow")
2) How do you want me to proceed with the disambiguation about call-out priorities? (Grievance? You tell me the policy # and I provide it to [Kyte responder] who said WORK has priority? (Also, I saw a MEMO posted 2023± on the newsboard, stating I can CHOOSE one call-out to go - and NOT be found "out of area", but nobody "found" it), when they overlap.)
3) Did you mean "the IB would NOT have allowed review of the ORIGINAL 4.01 Disobedience anyway?" or of the STANDING 4.02" you found? your word "anyway" threw me off: I'm not clear if I won't be able to review it b/c you "found" the violation exaggerated by Lt. Cannon or b/c his wanted charge wasn't reviewable in the first place. Clarify?
4) How do I get / learn the "Procedures", to both avoid violations and defend against made-up basis for illegitimate orders? They are NOT at the law library and currently stored under the "Confidential" sub-directory in ODOC servers. (The 1st USC Am. says I SHOULD know them)

| AIC Committed Name (first middle last) | SID# | Housing Unit 3S-B |
|---|---|---|
| Sergio M. Zambrano | 21536348 | 3E ~~[illegible]~~ |

**Response/Action Taken:** In fact, Grievance Coordinators DEMAND us to "show", even DEMONSTRATE!, a "misapplication of directive/procedure/policy" in order for them even ACCEPT a grievance. thanks.
5) It seems you did NOT know Lunch Food servers are NOT required to eat IN the Dining Room: Can I see the procedure for that? or can you find out if I have the CHOICE to eat in my cell? (I DON'T ACTUALLY work until count clears anyway, so it might be OPTIONAL (reason why Cannon avoided to ASSERT the if in "if you take the tray to your cell you don't go back to work")) thanks.
(Answers to 1 and 5 would help me decide whether to switch shifts again or not)

Please refer to the SRCI AIC handbook.

(Attach) ~~2600~~ 2605 SRCI 0160 SRCI 40

Date Received: RECEIVED

Date Answered: JUN 08 2026

SRCI HEARINGS OFFICE

Referred To*: ______

Signature of Staff Member: [signature]

*If forwarded, please notify the AIC

J. Keltz asked her husband (father?)

OREGON DEPARTMENT OF CORRECTIONS

# AIC COMMUNICATION FORM

**TO:** Hearings Officer O'Decreia **Date:** 6-4-26

State your issue in detail: I understand privileges and housing should NOT be taken until after the hearing, to prevent intentional (staged/false) charges to cause distress even if dismissed.

yet after 48 hs. they took:

1) My Cell-mate Incentive granted just 4 hs. before the false charges.
2) My library call-outs (more than privilege but LEGAL right)
3) the whole housing accommodations (this unit is 100% political,
3.a) no tables, chairs or dayroom at all for S.O.s - I was literally informed 50 minutes into the line-movement.)
3.b) The new cell had no running water or toilet.
4) My job.
5) Canteen order Cancelled (others' still there)

Please Clarify what the procedure SHOULD have been, since EOCI and at SRCI Salem repeatedly directed me to the SPECIFIC local prison for THEIR

| AIC Committed Name (first middle last) | SID# | Housing Unit |
| --- | --- | --- |
| Sergio M. Zambrano | 21536949 | 3C-35B |

Response/Action Taken: interpretation of rules (which should be the same) and, as I told you, procedures are SECRET (U:\Operations\Institutions☐Confidential☐Procedures\0000.docx) → ☐ = space.

(meaning: the Law library does NOT have them, Salem will refer me to SRCI, and USC 1st amendment and Grievance rules require me to have/show them).

Thanks.

If you are having issues you need to contact Security. Please refer to the AIC handbook at the institution you are at. There are different procedures at different institution. Attach 2605 SRCI 0160 SRCI 4

Date Received: RECEIVED

Referred To*:

Date Answered: JUN 08 2026 SRCI HEARINGS OFFICE

Signature of Staff Member: [signature]

*If forwarded, please notify the AIC

CD 214 (02/2020)

OREGON DEPARTMENT OF CORRECTIONS

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** Hearings Officer DeCario **Date:** 6-21-26

State your issue in detail: I told you on the record, when you mentioned the preponderance of evidence, that what you presented as such, i.e. Of. Reyes' lie, isn't evidence of the only surviving charge (it does NOT support Cannon's claim of ordering me what he claims) and you said that there's a rule in the AIC handbook against saving food.

It turns out that not only the Handbook does NOT say that but two Cannon's officers agree that I can keep food until next meal (Surveillance Audio & video will confirm this too). You either lied to me or made a mistake. Either way, I can't be punished for breaking a rule not permanently posted (Taylor v. Perini, 413 F. Supp 183), and the "pests" excuse must be real ("If the rational connection requirement is not met, the regulation or practice is unconstitutional REGARDLESS of other factors": Shaw v. Murphy, 532 U.S. ... 2001)* e.g. Keeping waxed intact fruit in the cell is NEGLIGIBLE while canteen food, and empty packages still smelling can't be disposed until next morning, especially since we EAT in our cells, which accounts for THOUSANDS times X more molecules dispersed in the air than intact sitting fruit or food in airtight containers. Please expunge the charges and post permanently the actually

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Sergio M. Zambrano | 21536949 | 3C- 35B |

Response/Action Taken: used food-saving and intact-fruit procedures I was told, or current.
*(and enforcement should be equal, not for my reporting other 1st Am. protected activities (Winston v. Coughlin, 789 WDNY 1992)

I cannot expunge the misconduct report.
Attached to case
2605 SRCI 0160 SRCI 42

RECEIVED
JUN 25 2026
SRCI HEARINGS OFFICE

Date Received: 

Referred To*: 

Date Answered: 

Signature of Staff Member: [signature]

*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** Hearings Officer d'Decreio **Date:** 6-6-26

State your issue in detail: About Lt. Cannon's false charges "believed" b/c "there's a rule prohibiting storing kitchen food":

1) Medical believes 1 fruit at any time is OK (matches EOCI inspection claims)

2) The officer that bagged my property, under Lt. Cannon's education, says I can keep a kitchen meal until the next meal. This supports my tray items took at dinner time until next day,* ESPECIALLY b/c I only keep the safe ones (e.g. not hot meat)

3) Canteen items bigger than a "serving" being allowed indefinitely disproves your only reason to ignore Cannon's otherwise 80% lies (4.5 charges dismissed = 80%) and keep the last charge; i.e. "b/c it attracts pests". Canteen food attracts pests, smelled BETTER through bags and boxes than through tight-lid tumblers and bowls (where I keep my starchy/sweet foods that NEITHER contradict #2 above). These canteen foods include: cheeses (5 servings), cereals, cookies, nuts, candy bags, etc. etc. etc. making mine NEGLIGIBLE.

*the day's % back from the break Baumer was replacing agreed.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Sergio M. Zambrano | 21536949 | 3C - 35B |

~~Response/Action Taken~~: 4) None the "intake manual" or the "2025 Security AIC handbook" mention leftovers or fruit. Can you find a written source that supports YOUR decision?

My decision was based on the preponderance of the evidence.

Attach 2605 SRCI 0160 SRCI 40

Date Received: RECEIVED JUN 10 2026 SRCI HEARINGS OFFICE

Referred To*:

Date Answered:

Signature of Staff Member: [signature]

*If forwarded, please notify the AIC

Re-asked 6-13-26

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** Hearings Officer o'Decoria 2nd Attempt. **Date:** 6-13-26

State your issue in detail: 1) It's irrelevant what the AIC handbook says but what EVERYONE ELSE is enforcing to every AIC. two officers UNDER Lt. Cannon admitted food can be kept until the next meal, and I witness daily fruit being confiscated (when too many) without anybody being fired, arrested or their library callouts cleared. It's not my fault that you were outdated on the ACTUAL customs (which amounts to unwritten Policy). Your reason to keep the disobedience was wrong.
2) the "preponderance" only applies to whether Of. Reyes "allowed me" to save food but since that is ALSO based on the wrong assumption that I can't save food, his "declaration" (which I haven't seen and I'm asking the Court for it in my injunction) has nothing to support, or supports illegitimate "orders" (not enforced to others). Remember I offered you to look at the cameras to see Reyes allowing me daily go back to my cell = perjury, and you did not.
3) the "same evidence" standard requires the evidence be legitimate and confirmed. You refused to check both (they are not even reasonable)

| AIC Committed Name (first middle last) | SID# | Housing Unit |
| --- | --- | --- |
| Sergio M. Zambrano | 21536949 | 3C 35 B |

Response/Action Taken:

If you don't agree with the decision and you believe I was ~~out~~ outside the rule you may file an administrative review with the IG's office Form (1442)

Attached 2605 SRCI 0160 ~~SRCI~~ SRCI 40

Date Received: RECEIVED JUN 17 2026 SRCI HEARINGS OFFICE

Referred To*:

Date Answered:

Signature of Staff Member: [signature]

*If forwarded, please notify the AIC

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** Hearings Officer **Date:** 6-16-26

**State your issue in detail:** 1) I'd appreciate you provide me clarification for your numbers cited for me to find rules in the "Inmate Handbook". Nobody knows what 2605, "SRCI 0160" or "SRCI 40" mean. I asked the law library, the unit's C/o, and one of them even got an answer from the person who "made the handbook" (wrote it? composed it? printed it?) No dice.
2) The word "Attach" makes those numbers even more misterious. What's that?

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Sergio M. Zambrano | 21536949 | 3C - 35B |

Response/Action Taken: AIC Zambrano. That is the case number for the disciplinary hearing. 2605 represents the year 2026 and month of May. SRCI is the facility where the misconduct accurred, 0160 is the number of misconduct reports for that month, SRCI 40 is where the AIC had the hearing and 40 is the number for Hearings Officer DeCoria.

RECEIVED
JUN 18 2026
SRCI HEARINGS OFFICE

Date Received: 6/18/26 Referred To*: ________

Date Answered: 6/18/26 Signature of Staff Member: [signature]

*If forwarded, please notify the AIC

CD 214 (02/2020)

# ODOC - AIC PERSONAL PROPERTY LIST

Lock Unsecured
Sgt Sanche

CELL # 3F21B DATE 05/31/2026

AIC ZAMBRANO, SERGIO MIGUEL SID # 21536949
AIC SID #

INVENTORY BY M. Shepherd (PRINT NAME) [signature] (SIGNATURE) TIME 05/31/2026 18:21

PICKED UP BY A. Baumer (PRINT NAME) Baumer (SIGNATURE) TIME 05/31/2026 18:18

| Item | Qty |
|---|---|
| 1.6 QT REUSABLE BOWL & LID | 1 |
| 13" SKYWORTH TV<br>*Serial:* STK204005098<br>*Comment:* Working Order at time of inventory | 1 |
| AA Battery | 5 |
| AAA Battery | 4 |
| Address Book | 2 |
| BC DECAF COFFEE 4 OZ | 1 |
| Blue Pen | 3 |
| Blue Shorts | 1 |
| Book | 10 |
| BOOK LIGHT MIGHTY BRIGHT LED | 1 |
| Ciprofloxacin Solution | 1 |
| Clear Bag | 2 |
| CLEAR DRINK MUG 22 OZ | 1 |
| CLEAR TUNES SOLAR CALCULATOR | 1 |
| COLLAGEN 6000 MG + VITAMIN C 120 CT | 4 |
| Colored Pencil | M |
| Composition Book | 2 |
| CONAIR BEARD TRIMMER BATTERY OPERATED | 1 |
| Emporia Spica | 1 |
| Eraser | 1 |
| Folder | M |
| GLUCOSAMINE 500 MG | 1 |
| HERSHEY CHOCOLATE BAR PLAIN | 2 |
| HOMETOWN MOZZARELLA BAR 4 OZ | 1 |
| KOSS CL20 HEADPHONES | 1 |
| Legal Mail | M |
| Mail | M |
| Nail Clipper | 1 |
| NATURAL CHOICE ULTRA EPA/DHA FSH CAPS120 | 2 |
| Note Cards | 1 |
| Papers | M |

| Item | Qty |
|---|---|
| Pencil | 1 |
| PLANT BASED VEGAN PROTEIN VANILLA 12.7 | 1 |
| PLASTIC TUMBLER W/LID | 4 |
| QUESO COTIJA CHEESE 3 OZ | 1 |
| Reading Glasses | 2 |
| Religious Tote | 2 |
| Ruler | 1 |
| SKYWORTH 13" TV REMOTE | 1 |
| SPICE SUPREME GARLIC POWDER 2.5 OZ | 2 |
| Spice Time Naturally Pure Minced Garlic | 1 |
| Spoon | 1 |
| Sun Glasses | 1 |
| Toothbrush Cover | 1 |
| TV Screen Protector | 1 |
| VITAMIN B COMPLEX | 1 |

No writing tablet declared/admitted. (it was there) attempt to hide it.

Coaxial missing.
110 volt cable Here!

Officers Ramseyer & Gross saw first the 3 writing tablets left in my property, at their station, in camera. AND the paper AND tablet WAS here.

All listed personal property received by: [signature] 06-04-26
AIC Signature Date

AIC Signature Date

Property Issued By:

Staff Signature Date

| | |
|---|---|
| FEATHERS: | 0 |
| MEDICINE BAGS: | 0 |
| PRESCRIPTION MEDICATION TO INFIRMARY: | Y |
| ITEMS CONFISCATED ON SHAKE-DOWN REPORT: | Y |
| **M = MISCELLANEOUS** | |

DISTRIBUTION
ORIGINAL RETAINED FOR 3 YEARS
COPY INMATE, KEPT WITH PROPERTY

RF (1)

## Oregon Department of Corrections
# Petition for Administrative Review

AIC Name: Sergio M. Zambrano SID#: 21536949
Printed Name/Signature

Institution: SRCI Date: 7-10-26

1) **REVIEW CRITERIA:** In order to file an administrative review, you must have been found in violation of a **Level I or II** rule(s) on the Sanctioning Grid; **or** your sanction recommends an **extension** of your parole release date or **retraction** of earned time, good time or extra good time credits; **or** a segregation sanction **deviation** was ordered.

2) **TIMEFRAMES:** You must file your request with the Inspector General within **60** calendar days after the Final Order has been signed by the Functional Unit Manager/designee or after the preliminary order becomes a final order under OAR 291-105-0031(3).

3) **MANDATORY REQUIREMENTS**: (Please complete the following areas)

Date of Hearing: 6-2-26

Hearing Case Number: 2605 SRCI 0160 SRCI 40

| Rule Violation | Sanction |
|---|---|
| 4.02 | 72 hs LOP |
| | |
| | |

**You must provide sufficient evidence to show:**

1) **There was not substantial compliance with the rule because:**

the facts, factors, application/interpretation of rules, etc. that compliance depends on were either fabricated, ignored, misrepresented or evaded; thus, any "compliance" allegedly met is SIMULATED / FALSE. Violating ORS 423.425 (a-e) and ODOC Policy 20.1.01-02. (also failure to protect me from [the obvious] oppression and DECEIT).

RF (2)

2) **The finding was not based on the preponderance of evidence because:**

1) the ONLY "evidence" taken into acount (of. Reyes' false statement the Hearings officer read on the record) that could have settled the "my word against Lt. Cannon" issue was a) NOT supporting Lt. Cannon's orders, b) Easily rebuttable by whatching WEEKS of Reyes ALLOWING me take some food to my cell, DeCoria refused to watch, c) was never produced or signed and he never will sign it (i.e. fabricated / RUSE).
2) Proof of Cannon LYING should be taken into acount: a) 4.5 out of 5 Charges dismissed means (is proof of) LYING. b) Cannon REFUSED and does not rebut that I offered / asked him to LOOK at the "trays" and he REFUSED (None had repeated items, i.e. No "extra food" taken (see separate sheets) (6)

3) **The sanction imposed was not in accordance with provision set forth in the rule (OAR 291-105) because:**

0056 (4): A "reasonable person" would have taken into acount the vindictiveness and malice in the 4.5 charges dismissed out of five to dismiss the last one too AND even to launch an investigation*, as every employee should under ODOC Policy 20.1.02 (protect me from oppression), as well as obeyed ORS 423.425 (1) (a-e).
*(investigation under OAR 291-105-0056(8))
The "Assistance" was non-existent (0056 (4)(b))
At least I should have been given time to get evidence under 0056(5).
(Ej. I CAN save fruit, As per Capt King (attached, TROC Kyte).
or Hearings officer could have asked around the RECIPIENTS of NOBODY later being harassed or punished for extra chips, fruit, food in bowls.

**Documentation submitted to the Inspector General will not be returned to you. (OAR 291-105-0081)**

---

**Send your Petition for Administrative Review to:**

**Department of Corrections**
**Inspector General**
**2575 Center Street NE**
**Salem, Oregon 97301**

(1) ATTACHED TO FORM CD 1442 dated 7-10-26 by Sergio M-Zambrano SID# 21536949

2) Cont'd:

3) Decarie dismissed the TIMELINE showing a temporal Proximity from my reporting the accuser, LT Cannon, and my Court filings (and more, all on the hearing's record) to Cannon's DR. Those timed actions (see timeline attached) should have overweighted the only proof in Lt. Cannon's side: his word.

4) Lt. Cannon's written words even SUPPORT my claim that his orders were NOT as clear as he claims: Do "not take [the] food tray and return to work" is NOT the same than "do not take food to your cell". As I said on the record, his wording was a SETUP to make me NOT to go back to work BECAUSE I took the tray to my cell as 66% of the workers do, COERCING me into FAILING to go to work and getting a DR for being "out of area". (in the record too)

His weird wording SHOWS he's trying to twist the truth, as in his other words in this DR: "Zambrano was asked who gave him permission with the food service coordinator": This use of the word "with" is an obvious attempt to PATCH a previous sentence to make it more credible. He obviously wanted to STEER AWAY from the daily authorization by the Dining room's officer taking attendance and securing the door/traffic, to put enfasis on my my lack of permission by my boss INSIDE the kitchen, but she does NOT deal with these matters, and if asked, they always refer us to the officer at the door. (Security — I don't know his name). THE "Finding of Fact" section of the latter "Disciplinary Hearing" form printed on 6-8-26 WAS EDITED and does NOT contain the above "claim" by Lt. Cannon, showing FRAUD, record tampering or evidence tampering. Those words are only in the "Misconduct Report" (Form CD 293) dated 5-31-26.

☆ CLARIFICATION / CORRECTION: I just noticed that the name recorded in this "Disciplinary Hearing" Order for the Food Coordinator is "Ryes", an obvious mispelling of "Reyes", which was read to me by the Hearings officer as

R (2)

update: his name is Vargas

"The words of the MALE hispanic Dining Room OFFICER (security) who was allowing me to go back to my unit for weeks, in the context of "that guy even put it in writing". Until today, I thought he lied to support the false "out of area" and "false information" charges. This means that there's NO evidence at all, because 1) the Kitchen/food svcs. Coordinator does NOT deal with line movements AND 2) I NEVER said that she allowed me to do anything (the PREVIOUS one, Dewey or so, told me to ask the [Dining Room officer] (security), or back then it might have been Of. Ms. Roberts.

By the way, supporting DeCoria's aiding/abetting (USC 42 § 1985/6), the "Finding of Fact" section of his "Disciplinary Hearing" form include things that were NOT found to be factual (he didn't believe it) reason why dismissed most of them; and are mostly accusations.

REVIEWER: BEWARE OF THAT b/c it's done to MISDIRECT and MISLED you to assume there's not much else to consider.

5) I also offered on the record to provide the dates and give the name for DeCoria to find in the record, Dr Peterson admitted me "that medical paper is the authority on that" once they gave me a two-month-two-course of antibiotics for the ear infection caused by the VERY conditions described in that publication (I cited to them), lab tests confirming it, that MATCH my current and historic conditions I had, caused by, among other things, by the MIXING OF FOODS my trips to the unit were trying to avoid.

6) The "preponderance of evidence" requires the evidence to be ~~credible~~ reliable* and confirmed, so given the MULTIPLE lies used to fabricate the 5 charges, the temporal proximity with my constitutionally-protected actions that made Lt. Cannon mad, and refusals by everyone to look or even let me request records (video, medical), etc. NONE of Cannon's claims are credible; his authority rather a sign of the retaliation being PLAUSIBLE, than his word to be believable. (*LaFasso v. Patrissi 1993)

7) other proofs I offered on the record and were not looked into.

JR (3)

8) The ONLY reason Hearings Officer DeCoria claimed he COULDN'T dismiss Lt. Cannon's confusing (setup) orders, despite unusual, unequal, indifferent (every time I tried to explain what I offer EVERYONE who wants to hear it, i.e. health news/facts to avoid MANY usually-misdiagnosed conditions, he didn't want to hear it, or if I understood him or not) he just wants you to say "yes sir"; even supported by ~~out of his~~ our last meeting, where he introduced it with "This is going to be a one-sided-conversation") was that "there is a real purpose for you not to save food [to eat it later] and that is because it attracts pests". This is a lie at many levels:

a) Canteen food is also saved daily by HUNDREDS of AICs, making my saving safe-to-safe food in my air-tight bowl NEGLIGIBLE and double-standard. This canteen food includes cheeses, cereals, cookies, meats, candy, etc. etc. all of which is THOUSANDS of times (10,000× +) more attractive for pests than waxed still intact fruit, or starchy food in a bowl. The rank of smell-ability (molecules dispersed in air) goes like this (see "Pests Attraction" attachment.)

b) The prohibition to save food/fruits is NOT in the AIC Handbook* as DeCoria claimed to support his last charge. (* Of. Keltz confirmed it)

c) Law library, Hearings Office, or even the writer/creator of the Handbook (who was contacted by his wife) do NOT have, gave me or know were that rule is. I can not be punished by [illegible] a rule that is not permanently posted (Taylor v. Perini, 413 F. Supp 189)

d) [illegible] two Lt. Cannon's officers, [illegible] in front of security camera on 6-5-26, aggreed that I can "save food until the next meal," INCLUDING from dinner to Breakfast next day. One of them, Of. Baumer, is the one that packed my property, both under Cannon's training, meaning he ALLOWS everyone else to save food, TARGETTING me (although he never used this "pests" or "food saving" food excuse, only DeCoria made it up. Cannon's issue was me leaving the kitchen during line movement, kindled by my previous months moving from Law Library to unit to work. (better

R (4)

(point (d) in previous page includes "two pieces of fruit")

explained on the hearing's recording.))
e) AICs with diagnosed-by-DOC diverticulitis DO get "extra fruit" to keep in their cell. NO special container required (e.g. AIC Cavallaro SID # 11995392)
f) Medical believes I can keep 1 fruit (last heard: EOCI).
g) Even if any food-saving rule were still permanently posted, any procedure/rule/directive should be applied/enforced EQUALLY. A review of daily bunk searches will show NOBODY (except harassed/targetted AICs, like me) is sent to the hole, for saved food/fruit, LET ALONE losing their cell, incentive move, unit job, law library call-outs, etc., as I did.
9) h) Procedures are SECRET, in a CONFIDENTIAL folder in the file server, making impossible for AICs to know if ANYTHING is as security claims, so they can change it for EVERY AIC different and justify ANY [illegible] charge. Records have still not responded my request for these or the "fruit/left-overs" rule allegedly in the AIC Handbook.
10) i) The other person at the hearing was supposed to help me provide evidence but he stood quiet while I asked the hearings officer to "check the cameras" or [illegible] offered to get health services to put all this things in writing (I'm still trying, they refuse to even datestamp "received" or to search/google my facts sheets - some not even "medical" but high-school-level or common knowledge).
I request an EXTENSION of time to present those, at least until the Board of Nursing responds my report of nurses refusing to record my facts or to confirm them or to respond them to keep me informed to make informed decisions, which is ABUSED by staff to call me liar.
11) Lt. Cannon has known for years the difference between a Disobedience I and II, so his "confusion" is EVIDENCE on my favor of INTENTION to FABRICATE a false record. (It was changed into 4.02)
12) If Cannon had given me legitimate and clear 3 warnings or progressive discipline, DeLora's last surviving charge might have been legal, or their

R (5)

taking me to the hole (when my legal property was stolen). I told DeCoria about the legitimacy of orders AND equality of application/enforcement of rules/discipline, and he just redirected me to the "pests" excuse (above) and made me believe the dining room officer FILED an affidavit (he didn't); Both irrelevant to Lt. Cannon's orders' legitimacy or existence.

13) Of. DeCoria's intention to simulate a legitimate hearing while aiding/abetting and covering up Lt. Cannon's harassment is also evident in his later indifference to my requests for the location of the rules, and all the points above. Even if there was a rule that prohibits him from undoing the charges or ensure he never bs's others as he did to me ("BS" is better, and longer, described in ORS 423.425(1)(a-e)) — there's NO such rule — a staff following ALL the law, rules, policy, etc. would have been either apologetic, thankful to know, or at least care a little not to unjustly/unfairly (also in ODOC Policy) punish other AICs in the future, but he just OBVIOUSLY avoids/evades EVERY request of mine and point, only focused/perpetuating the SIMULATION of due process, of a fair hearing, and since he already did, there's nothing else to talk about, not even his uncompliance with ORS 423.425(1), ODOC Policy 20.1.01 and 02, Oregon Constitution I § 13, 42 USC 1985/6, etc. (7 Attachments)

14) UPDATE: 7-20-26: Attached Kyte by TLOC states Capt. King said I can save fruit until next meal. The [NOT extra] "second" tray Lt. Cannon refused to look at, which I left in my unit (and surveillance video will confirm) had 1 fruit and a cupcake that I would have, as every other AIC is not harassed for, eaten it that night anyway (I already had it in writing by EOCI and I TOLD Of. DeCoria on the record. No time to get it was given to me).

#21536949
Sergio Zambrano

(6)

are not above health risks and care) as
15) Policy and Procedure/rules etc. ~~pests~~ "pests" excuse to
Of. DeLoria misrepresented the [custom, unwritten] "pests" excuse to
please/cover for Lt. Cannon: OAR 851-045-0065 (8)(b)(C) requires
nurses to "TAKE ACTION" to "address Policy, procedure or guidance that
jeopardizes client health and safety", meaning something COULD and
SHOULD be done not to violate my liberty interest in keeping the nutri-
tiousness and "health maintainance" of the food (constitutional/human
right) not just in the food tray but also un-interferred/un affected
all the way until I defecate it. For example: serving 100% nutritious
food but only allowing me to get 10/20% of its nutrients because I
have NO OPTION to separate it/combine it to AVOID my gastric juices
(eg. Hydrochloric acid) from being neutralized, as it occurs when
STARCHES are eaten with meats, is unhealthy an violates my rights
(Facts about food-mixing above and seen but still evaded by ODOC doctors
to be admitted/denied in writing; but AI could answer it in seconds.

(1)

EVIDENCE

Officer Ramseyer and Gross saw these writing tablets at their station, in front of the camera, as well as the paper, none listed in the "Property List" (inventory). The "Shakedown Report" minutes before getting my property returned (attached) shows these were NOT in my posession yet (or they would have been catched as garbage), meaning they came in my property bags minutes later: NOT taken as the rest with LEGAL NOTES in them.

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 14 2026

FILED ______ ______
DOCKETED ______ ______
DATE INITIAL

EVIDENCE: DO NOT DISCARD

(2)

EVIDENCE

8k

EVIDENCE DO NOT DISCARD

(3)

# EVIDENCE

EVIDENCE DO NOT DISCARD